**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Monica**<br>First name | **Jimi**<br>First name |
| | | **Shiun**<br>Middle name | **Wan P.**<br>Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Oh**<br>Last name and Suffix (Sr., Jr., II, III) | **Chae**<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | Monica Chae | Jimi Wan Chae |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-8333 | xxx-xx-7035 |

Debtor 1   **Monica Shiun Oh**

Debtor 2   **Jimi Wan P. Chae**

Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

About Debtor 1:

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

About Debtor 2 (Spouse Only in a Joint Case):

■ I have not used any business name or EINs.

Business name(s)
_____

EINs
_____

**5.** **Where you live**

**30225 Rhone Drive**
**Rancho Palos Verdes, CA 90275**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

| Debtor 1 | **Monica Shiun Oh** | | Case number *(if known)* | |
| Debtor 2 | **Jimi Wan P. Chae** | | | |

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
| --- | --- |

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| | District | When | Case number |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
| --- | --- | --- | --- |
| | District _____ | When _____ | Case number, if known _____ |
| | Debtor _____ | | Relationship to you _____ |
| | District _____ | When _____ | Case number, if known _____ |

**11.** **Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**

Case number *(if known)* _____

---

**Part 3:**    **Report About Any Businesses You Own as a Sole Proprietor**

**12. Are you a sole proprietor of any full- or part-time business?**

�True **No.**    Go to Part 4.

☐ **Yes.**    Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

Check the appropriate box to describe your business:

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☑ **No.**    I am not filing under Chapter 11.

☐ **No.**    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**    I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**Part 4:**    **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ **No.**

☐ **Yes.**    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**
_____

Case number *(if known)* _____

**Part 5:**   **Explain Your Efforts to Receive a Briefing About Credit Counseling**

| | |
|---|---|
| **15.** **Tell the court whether you have received a briefing about credit counseling.**<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | **About Debtor 1:** |

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.**
  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.**
  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.**
  I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Monica Shiun Oh**

Debtor 2    **Jimi Wan P. Chae**

Case number *(if known)* _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16.** **What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☑ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☑ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17.** **Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☑ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19.** **How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☑ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20.** **How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☑ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Monica Shiun Oh**
Signature of Debtor 1

Executed on   2/7/2020
           MM / DD / YYYY

**Jimi Wan P. Chae**
Signature of Debtor 2

Executed on   2/7/2020
           MM / DD / YYYY

Debtor 1   **Monica Shiun Oh**

Debtor 2   **Jimi Wan P. Chae**

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Signature of Attorney for Debtor

Date  **2 / 7 / 2020**
MM / DD / YYYY

**Rachel M. Sposato 306045**
Printed name

**THE HINDS LAW GROUP**
Firm name

**21257 Hawthorne Boulevard**
**Second Floor**
**Torrance, CA 90503**
Number, Street, City, State & ZIP Code

Contact phone  **(310) 316-0500**

Email address  **jhinds@hindslawgroup.com;**
**rsposato@hindslawgroup.com**

**306045 CA**
Bar number & State

---

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _Torrance_ , California.

Date: _2/7/2020_

_____
**Monica Shiun Oh**
Signature of Debtor 1

_____
**Jimi Wan P. Chae**
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                          Page 1            **F 1015-2.1.STMT.RELATED.CASES**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Monica Shiun Oh** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Jimi Wan P. Chae** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | Your assets<br>Value of what you own |
|---|---|
| 1.   **Schedule A/B: Property** (Official Form 106A/B)<br>1a. Copy line 55, Total real estate, from Schedule A/B..................................................... | $        3,732,300.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B............................................................................. | $          176,123.12 |
| 1c. Copy line 63, Total of all property on Schedule A/B............................................................................. | $        3,908,423.12 |

### Part 2:    Summarize Your Liabilities

| | Your liabilities<br>Amount you owe |
|---|---|
| 2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)<br>2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $       10,856,667.97 |
| 3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)<br>3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*................................ | $                0.00 |
| 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $       25,729,743.87 |
| **Your total liabilities** | $       36,586,411.84 |

### Part 3:    Summarize Your Income and Expenses

| | |
|---|---|
| 4.   *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................... | $          8,500.00 |
| 5.   *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $         21,233.00 |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6.   **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐    No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■    Yes

7.   **What kind of debt do you have?**

☐    **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

■    **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                                    Best Case Bankruptcy

| Debtor 1 | **Monica Shiun Oh** | | |
|---|---|---|---|
| Debtor 2 | **Jimi Wan P. Chae** | | Case number *(if known)* |

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jimi Wan P. Chae** |
| (Spouse, if filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |

☐ Check if this is an
   amended filing

## Official Form 106A/B
# Schedule A/B: Property                                                12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.

   ■ Yes.  Where is the property?

| 1.1 | | What is the property? Check all that apply | | |
|---|---|---|---|---|
| | **30225 Rhone Drive** | ■ Single-family home | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
| | Street address, if available, or other description | ☐ Duplex or multi-unit building | | |
| | | ☐ Condominium or cooperative | | |
| | **Rancho Palos Verdes**   **CA**   **90275-0000** | ☐ Manufactured or mobile home | Current value of the entire property? | Current value of the portion you own? |
| | City          State          ZIP Code | ☐ Land | **$1,897,500.00** | **$1,897,500.00** |
| | | ☐ Investment property | | |
| | | ☐ Timeshare | Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known. | |
| | | ☐ Other _____ | | |
| | **Los Angeles** | Who has an interest in the property? Check one | **Equitable interest** | |
| | County | ■ Debtor 1 only | | |
| | | ☐ Debtor 2 only | | |
| | | ☐ Debtor 1 and Debtor 2 only | ■ Check if this is community property (see instructions) | |
| | | ☐ At least one of the debtors and another | | |
| | | Other information you wish to add about this item, such as local property identification number: | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Monica Shiun Oh**

Debtor 2    **Jimi Wan P. Chae**                                    Case number *(if known)* _____

**If you own or have more than one, list here:**

1.2

**VACANT LAND**

Street address, if available, or other description

**Lancaster          CA**

City                State        ZIP Code

County

| **What is the property?** Check all that apply | |
| --- | --- |
| ☐ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ■ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other _____ |

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**VAC/AVE G/VIC 127 STE ROOSEVELT # THAT POR (EX OF ST) OF LOT 2
IN E 1/2 OF NE 1/4 OF NW 1/4 OF BE 1/2 OF SEC 2 T 7N R 10W**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$34,800.00** | **$34,800.00** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

■ Check if this is community property
(see instructions)

---

**If you own or have more than one, list here:**

1.3

**1257 11th Street**

Street address, if available, or other description

**Manhattan Beach    CA    90266-0000**

City                State        ZIP Code

**Los Angeles**

County

| **What is the property?** Check all that apply | |
| --- | --- |
| ■ | Single-family home |
| ☐ | Duplex or multi-unit building |
| ☐ | Condominium or cooperative |
| ☐ | Manufactured or mobile home |
| ☐ | Land |
| ☐ | Investment property |
| ☐ | Timeshare |
| ☐ | Other _____ |

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

**Notice of Default filed by Cohen Financial
UCC Liens recorded by IFIC and Pacific Bank**

Do not deduct secured claims or exemptions. Put
the amount of any secured claims on *Schedule D:
Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| **$1,800,000.00** | **$1,800,000.00** |

Describe the nature of your ownership interest
(such as fee simple, tenancy by the entireties, or
a life estate), if known.

■ Check if this is community property
(see instructions)

---

2.  Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for
    pages you have attached for Part 1. Write that number here..............................................................=>

| |
| --- |
| **$3,732,300.00** |

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that
someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Monica Shiun Oh | | |
|---|---|---|---|
| Debtor 2 | Jimi Wan P. Chae | | Case number *(if known)* |

### 3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

**3.1**

| Make: | **Toyota** |
|---|---|
| Model: | **Sienna** |
| Year: | **2012** |
| Approximate mileage: | **92,620** |
| Other information: | |

**Minivan in auto repair shop and requires new transmission - does not currently run. Estimated repair costs = $6,600.**

**Who has an interest in the property?** Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,004.00 | $8,004.00 |

**3.2**

| Make: | **Honda** |
|---|---|
| Model: | **Ridgeline** |
| Year: | **2007** |
| Approximate mileage: | **272,000** |
| Other information: | |

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,733.00 | $1,733.00 |

### 4. Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories
*Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

**5** Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here................................................................=>

| $9,737.00 |
|---|

### Part 3:  Describe Your Personal and  Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

### 6. Household goods and furnishings
*Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
☑ Yes.  Describe.....

| See Attachment A | $28,765.00 |
|---|---|

### 7. Electronics
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
☑ Yes.  Describe.....

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**                                                                  Case number *(if known)*

| | |
|---|---|
| Sider IV 75 Amplifier (pre-2015);<br>Sharp Aquoas Plasma TV (pre-2013);<br>Sony Blue-Ray;<br>Laser printers (x2);<br>Dell desktop computer (pre-2015);<br>iPad mini (pre-2017) | $1,165.00 |

**8. Collectibles of value**
  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections;
              other collections, memorabilia, collectibles
  ■ No
  ☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
  *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools;
              musical instruments
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| Body Champ Inversion table;<br>Treadmill (NordicTrack 1750);<br>Stationary Bike (Schwinn 250);<br>Abs machine (Abs Circle);<br>BowFlex;<br>Baby grand piano (George Steck pre-2011) | $3,245.00 |

**10. Firearms**
  *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
  ■ No
  ☐ Yes. Describe.....

**11. Clothes**
  *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
  ■ No
  ☐ Yes. Describe.....

**12. Jewelry**
  *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| Women's diamond wedding band; men's gold wedding band | $6,150.00 |

**13. Non-farm animals**
  *Examples:* Dogs, cats, birds, horses
  ☐ No
  ■ Yes. Describe.....

| | |
|---|---|
| Dog | $0.00 |

**14. Any other personal and household items you did not already list, including any health aids you did not list**
  ■ No
  ☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
  for Part 3. Write that number here ............................................................................    | $39,325.00 |

| Debtor 1 | **Monica Shiun Oh** | | |
|---|---|---|---|
| Debtor 2 | **Jimi Wan P. Chae** | Case number *(if known)* | |

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes.........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.........................

    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | **Checking Account** | **Chase Bank** Account No. x4525 | $400.00 |
| 17.2. | **Checking** | **Chase Bank Account No. x6030** | $1,000.00 |
| 17.3. | **Savings** | **Chase Bank** Account No. x3070 | $8.00 |
| 17.4. | **Savings** | **Chase Bank** Account No. x2957 | $9.50 |
| 17.5. | **Checking** | **Chase Bank** Account No. x6692 | $50.00 |
| 17.6. | | **Chase Bank** Account No. x0001 | $10.60 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes..................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes.  Give specific information about them....................

    | Name of entity: | % of ownership: | | |
    |---|---|---|---|
    | **JC Development** | 100 | % | Unknown |
    | **Tobo Construction, Inc.** | 51% | % | Unknown |
    | **Tobo Construction, Inc.** | 49% | % | Unknown |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them

---

Official Form 106A/B                          Schedule A/B: Property                          page 5

| Debtor 1 | **Monica Shiun Oh** | | Case number *(if known)* | |
|---|---|---|---|---|
| Debtor 2 | **Jimi Wan P. Chae** | | | |

Issuer name:

**21. Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ☒ Yes. List each account separately.

|  | Type of account: | Institution name: | |
|---|---|---|---|
|  | **IRA** | **Rollover IRA** | |
|  |  | **Account No. x9437** | **$115,298.02** |

**22. Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ☒ No
    ☐ Yes. ......................                    Institution name or individual:

**23. Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ☒ No
    ☐ Yes.............        Issuer name and description.

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ☒ No
    ☐ Yes.............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☒ No
    ☐ Yes.  Give specific information about them...

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☒ No
    ☐ Yes.  Give specific information about them...

**27. Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☒ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**28. Tax refunds owed to you**
    ☐ No
    ☒ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Amended 2017 federal tax return. Debtors do not expect to receive funds, but rather amount will be used to offset additional amended tax returns. | **Federal tax refund** | **$813.00** |
|---|---|---|

| 2017 Amended tax return - Franchise Tax Board refund. Debtors do not expect to receive funds, but rather amount will be used to offset additional amended tax returns. | | **$9,472.00** |
|---|---|---|

| Debtor 1 | **Monica Shiun Oh** | |
|---|---|---|
| Debtor 2 | **Jimi Wan P. Chae** | Case number *(if known)* |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
              benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|

**32. Any interest in property that is due from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
   someone has died.
   ■ No
   ☐ Yes.  Give specific information..

**33.  Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
   ■ No
   ☐ Yes.  Describe each claim.........

**34.  Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
   ■ No
   ☐ Yes.  Describe each claim.........

**35.  Any financial assets you did not already list**
   ■ No
   ☐ Yes.  Give specific information..

**36.  Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
   for Part 4. Write that number here**.................................................................................................................

| $127,061.12 |
|---|

**Part 5:**    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

**37.  Do you own or have any legal or equitable interest in any business-related property?**
   ■ No. Go to Part 6.
   ☐ Yes.  Go to line 38.

**Part 6:**    Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
              If you own or have an interest in farmland, list it in Part 1.

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

**Part 7:**    Describe All Property You Own or Have an Interest in That You Did Not List Above

Debtor 1    **Monica Shiun Oh**

Debtor 2    **Jimi Wan P. Chae**

Case number *(if known)* _____

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................

    | $0.00 |

| **Part 8:** | List the Totals of Each Part of this Form |

| | | |
|---|---|---|
| 55. | Part 1: Total real estate, line 2 ............................................................................................ | $3,732,300.00 |
| 56. | Part 2: Total vehicles, line 5 | $9,737.00 |
| 57. | Part 3: Total personal and household items, line 15 | $39,325.00 |
| 58. | Part 4: Total financial assets, line 36 | $127,061.12 |
| 59. | Part 5: Total business-related property, line 45 | $0.00 |
| 60. | Part 6: Total farm- and fishing-related property, line 52 | $0.00 |
| 61. | Part 7: Total other property not listed, line 54 + | $0.00 |
| 62. | Total personal property. Add lines 56 through 61... | $176,123.12 |

62. **Total personal property. Add lines 56 through 61...**   $176,123.12   Copy personal property total   $176,123.12

63. **Total of all property on Schedule A/B. Add line 55 + line 62**

    | $3,908,423.12 |

In re  **Monica Shiun Oh**
      **Jimi WanPyong Chae** _____    Case No. _____

                                      Debtor(s)

## SCHEDULE A/B - PROPERTY
### Attachment A

### Schedule B(6) cont.

Samsung washer & dryer set and storage bin

MGBW/Carson sectional upholstered sofa

MGBW/Cooper leather swivel chairs (x2)

MGBW vinyl & metal round coffee table

MGBW/Manning glass, metal & wood coffee table

Ikea upholstered foam sofa

Laurels/Vanguard upholstered sofa

MGBW/Manning wood, glass & metal bookcase

MGBW/Carson upholstered chair

MGBW hall table and mirror

Thomasville bookcase

MGBW/Remy upholstered metal desk chair

MGBW/Vienna glass & metal bookcase (x4)

MGBW/Melrose lucite, glass & metal side table

MGBW/Melrose lucite glass bar cart

MGBW/Melrose lucite square coffee table

MGBW/Avery upholstered & metal chairs (x2)

MGBW/Major leather & metal chairs (x2)

MGBW/Astra nubuck leather stools (x2)

MGBW/Franny cushion pull-up ottoman

MGBW/Parsons square stone & metal kitchen table

MGBW lucite dining chairs (x6)

Lucite dining arm chairs (x6)

Henredon 70" round wood dining table w/ leaf

MGBW/Kazan lucite leather arm chairs (x2)

Ikea drawers (x2)

4x6 fau fur area rug (TJMaxx)

Maitland Smith wrought iron floor mirror

Foosball game table (TJMaxx)

Paneled wood end table (Home Goods)

CA king size bed

King size upholstered headboard (Laurels)

Queen size beds (x4)

Queen size upholstered headboards (x2)

Queen size faux leather headboard

Queen size wood headboard (JCPenney)

Pottery Barn Kids painted white bookcases (x2)

Pottery Barn Kids painted white storage drawers (x2)

Painted Kid's desk

Painted Nightstands (x2)

Painted Dressing table

MGBW/Quinn 9x12 area rug

MGBW/dresher 9x12 area rug

MGBW/Dash 8x10 area rug

8x10 area rugs (4) (Home goods)

MGBW Cherry Blossom Wall Art

Scarf print wall art

Round convex mirror

Maitland Smith Coromandel folding screen

Calico Corners upholstered wing back chair

Maitland Smith upholstered swan arm wood chairs (x2)

Z Gallerie mirrored nightstands (x2)

Dark wood nightstands (x2) (TJMaxx)

Glass top metal lamp (Lamps Plus)

Square faux leather storage ottoman (TJ Maxx)

Wayfair MDF wood desk and bookshelf and file cabinet

Wayfair faux leather foldable futon bed

Faux croc & metal floor mirror

Lucite console hall table

Mortise & Tenon faux leather wood dressers (x2)

Cane back painted wood dining chairs (x9)

Bulkea Two tone futon sofa bed

Star Furniture and Rugs dining table w/ lazy susan

Williams Sonoma/Fulton metal frame floor mirror

Williams Sonoma/Kerouac wood/metal open bookcase

Williams Sonoma/Kerouac wood/metal writing desk

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | **Jimi Wan P. Chae** |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                    4/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| **2012 Toyota Sienna 92,620 miles Minivan in auto repair shop and requires new transmission - does not currently run.  Estimated repair costs = $6,600.**<br>Line from *Schedule A/B*: **3.1** | $8,004.00 | ■ | $4,117.00 | C.C.P. § 703.140(b)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2012 Toyota Sienna 92,620 miles Minivan in auto repair shop and requires new transmission - does not currently run.  Estimated repair costs = $6,600.**<br>Line from *Schedule A/B*: **3.1** | $8,004.00 | ■ | $3,887.00 | C.C.P. § 703.140(b)(5) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **2007 Honda Ridgeline 272,000 miles**<br>Line from *Schedule A/B*: **3.2** | $1,733.00 | ■ | $1,733.00 | C.C.P. § 703.140(b)(2) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **See Attachment A**<br>Line from *Schedule A/B*: **6.1** | $28,765.00 | ■ | $28,765.00 | C.C.P. § 703.140(b)(3) |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Sider IV 75 Amplifier (pre-2015);<br>Sharp Aquoas Plasma TV (pre-2013);<br>Sony Blue-Ray;<br>Laser printers (x2);<br>Dell desktop computer (pre-2015);<br>iPad mini (pre-2017)<br>Line from *Schedule A/B*: **7.1** | $1,165.00 | ■    $1,165.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Body Champ Inversion table;<br>Treadmill (NordicTrack 1750);<br>Stationary Bike (Schwinn 250);<br>Abs machine (Abs Circle);<br>BowFlex;<br>Baby grand piano (George Steck pre-2011)<br>Line from *Schedule A/B*: **9.1** | $3,245.00 | ■    $3,245.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Women's diamond wedding band;<br>men's gold wedding band<br>Line from *Schedule A/B*: **12.1** | $6,150.00 | ■    $1,750.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| Women's diamond wedding band;<br>men's gold wedding band<br>Line from *Schedule A/B*: **12.1** | $6,150.00 | ■    $4,400.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Checking Account: Chase Bank<br>Account No. x4525<br>Line from *Schedule A/B*: **17.1** | $400.00 | ■    $400.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Checking: Chase Bank Account No. x6030<br>Line from *Schedule A/B*: **17.2** | $1,000.00 | ■    $1,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Savings: Chase Bank<br>Account No. x3070<br>Line from *Schedule A/B*: **17.3** | $8.00 | ■    $8.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Savings: Chase Bank<br>Account No. x2957<br>Line from *Schedule A/B*: **17.4** | $9.50 | ■    $9.50<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Checking: Chase Bank<br>Account No. x6692<br>Line from *Schedule A/B*: **17.5** | $50.00 | ■    $50.00<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| Chase Bank<br>Account No. x0001<br>Line from *Schedule A/B*: **17.6** | $10.60 | ■    $10.60<br>☐   100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**

Case number (if known) _____

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption.* | |
| **IRA: Rollover IRA**<br>**Account No. x9437**<br>Line from *Schedule A/B*: **21.1** | $115,298.02 | ■ $115,298.02<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(E) |
| **Federal tax refund: Amended 2017 federal tax return.  Debtors do not expect to receive funds, but rather amount will be used to offset additional amended tax returns.**<br>Line from *Schedule A/B*: **28.1** | $813.00 | ■ $813.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **2017 Amended tax return - Franchise Tax Board refund.  Debtors do not expect to receive funds, but rather amount will be used to offset additional amended tax returns.**<br>Line from *Schedule A/B*: **28.2** | $9,472.00 | ■ $9,472.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh**<br>First Name    Middle Name    Last Name |
| Debtor 2<br>(Spouse if, filing) | **Jimi Wan P. Chae**<br>First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number<br>(if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:   List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|
| | $1,422,271.00 | $1,800,000.00 | $0.00 |

| 2.1 | **Cohen Financial**<br>Creditor's Name | **Describe the property that secures the claim:**<br>**1257 11th Street Manhattan Beach, CA 90266  Los Angeles County Notice of Default filed by Cohen Financial UCC Liens recorded by IFIC and Pacific Bank** |

**3295 Solutions Center
Chicago, IL 60677-3002**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  2018       Last 4 digits of account number  5210

Debtor 1  **Monica Shiun Oh**
     First Name        Middle Name        Last Name

Debtor 2  **Jimi Wan P. Chae**
     First Name        Middle Name        Last Name

Case number (if known) _____

---

**2.2**  **Pacific City Bank**
     Creditor's Name

| Describe the property that secures the claim: | $4,267,243.62 | $1,897,500.00 | $3,269,653.35 |

30225 Rhone Drive Rancho Palos
Verdes, CA 90275  Los Angeles
County

**3701 Wilshire Blvd., #100**
**Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  Line of credit

Date debt was incurred _____      Last 4 digits of account number _____

---

**2.3**  **Pacific City Bank**
     Creditor's Name

| Describe the property that secures the claim: | $4,267,243.62 | $1,800,000.00 | $3,889,514.62 |

1257 11th Street Manhattan Beach,
CA 90266  Los Angeles County
Notice of Default filed by Cohen
Financial
UCC Liens recorded by IFIC and
Pacific Bank

**3701 Wilshire Blvd., #100**
**Los Angeles, CA 90010**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim relates to a
community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured
car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)  **Line of credit**

Date debt was incurred _____      Last 4 digits of account number _____

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **Monica Shiun Oh** | | | Case number (if known) | | |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |
| Debtor 2 | **Jimi Wan P. Chae** | | | | | |
| | First Name | Middle Name | Last Name | | | |

| 2.4 | **Shellpoint Mortgage Service** | | Describe the property that secures the claim: | $899,909.73 | $1,897,500.00 | $0.00 |
|---|---|---|---|---|---|---|

| | |
|---|---|
| Creditor's Name | |
| | |
| **P.O. Box 740039** | |
| **Cincinnati, OH** | |
| **45274-0039** | |
| Number, Street, City, State & Zip Code | |

Describe the property that secures the claim:

**30225 Rhone Drive Rancho Palos Verdes, CA 90275  Los Angeles County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Mortgage**

| Date debt was incurred | **1998 (originally JP Morgan Chase)** | Last 4 digits of account number | **5408** |
|---|---|---|---|

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$10,856,667.97** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$10,856,667.97** |

**Part 2:** List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | **Jimi Wan P. Chae** |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

☑ No. Go to Part 2.

☐ Yes.

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|
| 4.1 | **3H Demolition Contracting Services**    Last 4 digits of account number _____ | **$3,850.00** |

**3H Demolition Contracting Services**
Nonpriority Creditor's Name
**11714 Shoemaker Ave.**
**Whittier, CA 90605**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.2 | **A1 Quality Blinds** | Last 4 digits of account number ___ ___ ___ ___ | $11,430.00 |

Nonpriority Creditor's Name
**13230 Evening Creek Drive**
**San Diego, CA 92128**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.3 | **Access Steel Fabricating Inc.** | Last 4 digits of account number ___ ___ ___ ___ | $34,403.55 |

Nonpriority Creditor's Name
**9900 San Fernando Road**
**Pacoima, CA 91331**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.4 | **Ace R Systems Inc.** | Last 4 digits of account number ___ ___ ___ ___ | $169,374.05 |

Nonpriority Creditor's Name
**747 S. Ardmore Ave., #405**
**Los Angeles, CA 90005**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1   **Monica Shiun Oh**

Debtor 2   **Jimi Wan P. Chae**                                    Case number (if known) _____

---

| 4.5 | **ADT Tyco Integrated Security** | **Last 4 digits of account number** | **0611** | **$109.47** |

Nonpriority Creditor's Name

**P.O. Box 371956**

**Pittsburgh, PA 15250**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.6 | **AIMS Alarm Inspection & Maintenance** | **Last 4 digits of account number** | | **$32,494.35** |

Nonpriority Creditor's Name

**7247 E. Stearns Street**

**Long Beach, CA 90815**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.7 | **Air Exchange, Inc.** | **Last 4 digits of account number** | | **$4,932.52** |

Nonpriority Creditor's Name

**495 Edison Court, #A**

**Fairfield, CA 94534**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

| | | |
|---|---|---|
| **4.8** | **AMS** | |

Nonpriority Creditor's Name
**P.O. Box 740914**
**Los Angeles, CA 90074**
Number Street City State Zip Code

Last 4 digits of account number   **1027**                     **$31,507.42**

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

| | | |
|---|---|---|
| **4.9** | **Anning-Johnson Co.** | |

Nonpriority Creditor's Name
**13250 Temple Ave.**
**La Puente, CA 91746**
Number Street City State Zip Code

Last 4 digits of account number                          **$17,300.42**

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

| | | |
|---|---|---|
| **4.1 0** | **Aqua Backflow & Chlorination Inc.** | |

Nonpriority Creditor's Name
**1060-C Northgate Street**
**Riverside, CA 92507**
Number Street City State Zip Code

Last 4 digits of account number                          **$1,056.00**

When was the debt incurred?   _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 1** | **Architectural Casework, Inc.** | Last 4 digits of account number _____ |

Nonpriority Creditor's Name
**8594 siempre Viva Road #C**
**San Diego, CA 92154**
Number Street City State Zip Code

**$41,543.21**

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| | | |
|---|---|---|
| **4.1 2** | **AT&T Payment Center** | Last 4 digits of account number  **2704** |

Nonpriority Creditor's Name
**P.O. Box 5001**
**Carol Stream, IL 60197**
Number Street City State Zip Code

**$179.04**

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| | | |
|---|---|---|
| **4.1 3** | **Ave SheetMetal & Rain Gutters Inc.** | Last 4 digits of account number _____ |

Nonpriority Creditor's Name
**11830 Alondra Blvd.**
**Norwalk, CA 90650**
Number Street City State Zip Code

**$34,818.80**

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.1 4 | | | |
|---|---|---|---|

**AVNS Electric, Inc.**
Nonpriority Creditor's Name
**1919 San Pedro Street**
**Los Angeles, CA 90011**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **$69,654.07**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 5 | | | |
|---|---|---|---|

**Bagley Enterprises Inc.**
Nonpriority Creditor's Name
**2370 Maggio Circle, Suite 4**
**Lodi, CA 95240-8828**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number _____        **$2,623.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 6 | | | |
|---|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**P.O. Box 15710**
**Wilmington, DE 19886-5710**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number **9437**        **$47,947.84**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.1 7 | **Bank of America** | Last 4 digits of account number  **6184** | **$47,000.00** |

Nonpriority Creditor's Name
**475 Cross Point Pkwy**
**PO Box 9000**
**Getzville, NY 14068-9000**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card**

---

| 4.1 8 | **Barclay Master Card** | Last 4 digits of account number  **4397** | **$10,580.00** |

Nonpriority Creditor's Name
**P.O. Box 60517**
**City of Industry, CA 91716-0517**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card**

---

| 4.1 9 | **Bayer HVAC Inc.** | Last 4 digits of account number | **$180,675.00** |

Nonpriority Creditor's Name
**19744 Beach Blvd., #380**
**Huntington Beach, CA 92648**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**                                 Case number (if known) _____

| **4.2 0** | **Best Contracting Service Inc.** | Last 4 digits of account number _____ | $22,923.38 |

Nonpriority Creditor's Name
**19027 S. Hamilton Ave.**
**Gardena, CA 90248**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| **4.2 1** | **Bold Engineering & Associates, Inc.** | Last 4 digits of account number _____ | $1,225.00 |

Nonpriority Creditor's Name
**3055 Wilshire Blvd., #880**
**Los Angeles, CA 90010**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| **4.2 2** | **Bragg Crane Service** | Last 4 digits of account number _____ | $1,229.60 |

Nonpriority Creditor's Name
**P.O. Box 727**
**Long Beach, CA 90801**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.2 3 | **California Comfort Heating and Air** | | **$8,779.75** |

Nonpriority Creditor's Name
**15151 Prairie Ave.**
**Lawndale, CA 90260**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.2 4 | **Calimex Security Co** | | **$1,097.50** |

Nonpriority Creditor's Name
**865 E. 7th Street, #A**
**Long Beach, CA 90813**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.2 5 | **Capital One F.S.B.** | | **$79,402.04** |

Nonpriority Creditor's Name
**P.O. Box 60024**
**City of Industry, CA 91716-0670**
Number Street City State Zip Code

Last 4 digits of account number  6820

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?
■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Credit card**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**                                          Case number (if known) _____

| 4.2 6 | **CFO Specialized Builders Hardware** | Last 4 digits of account number ___ ___ ___ ___ | $81,129.40 |

Nonpriority Creditor's Name
**P.O. Box 1240**
**Placentia, CA 92871**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.2 7 | **CFS-California Facility Specialties** | Last 4 digits of account number ___ ___ ___ ___ | $124,361.04 |

Nonpriority Creditor's Name
**976 Hartford Turnpike**
**Waterford, CT 06385**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.2 8 | **Charter Adjustments Corp** | Last 4 digits of account number ___ ___ ___ ___ | $1,083.00 |

Nonpriority Creditor's Name
**c/o Alan D Wilner**
**847 N Hollywood Way**
**Burbank, CA 91505**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   **1994**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Judgment, Case No.: 94K15640**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.29 | **Chase Cardmember Service** | Last 4 digits of account number  **0044** | **$18,441.78** |

Nonpriority Creditor's Name
**P.O. Box 6294**
**Carol Stream, IL 60197-6294**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card**

---

| 4.30 | **City of Lomita Water Dept** | Last 4 digits of account number  **0102** | **$149.02** |

Nonpriority Creditor's Name
**P.O. Box 1809**
**Lomita, CA 90717**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.31 | **City of Torrance** | Last 4 digits of account number  **3499** | **$604.23** |

Nonpriority Creditor's Name
**3031 Torrance Blvd.**
**Torrance, CA 90503**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**

Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.3 2 | **Cleaner Image Janitorial Inc.** | Last 4 digits of account number _____ | $10,840.50 |

Nonpriority Creditor's Name

**P.O. Box 3092**

**Redondo Beach, CA 90277**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.3 3 | **Coastal Door Solutions** | Last 4 digits of account number _____ | $465.95 |

Nonpriority Creditor's Name

**8 Goodyear, #100**

**Irvine, CA 92618**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.3 4 | **Commerical Interior Resouces** | Last 4 digits of account number _____ | $62,311.80 |

Nonpriority Creditor's Name

**1761 Reynolds Ave.**

**Irvine, CA 92614**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.3 5 | **Construction Specialties, inc.** | | Last 4 digits of account number   **1195** | | **$113,393.83** |

Nonpriority Creditor's Name

**Los Angeles, CA 90074**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.3 6 | **Contract Decor, Inc.** | | Last 4 digits of account number | | **$160,510.47** |

Nonpriority Creditor's Name

**72-184 North Shore Street**
**Thousand Palms, CA 92276**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.3 7 | **Cosco Fire Protection, Inc.** | Last 4 digits of account number _____ | $6,860.00 |

Nonpriority Creditor's Name
**1075 W. Lambert Road, #D**
**Brea, CA 92821**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

☐ Yes

---

| 4.3 8 | **Craig C. Lang, Esq.** | Last 4 digits of account number _____ | $3,585.55 |

Nonpriority Creditor's Name
**7039 gloria Ave.**
**Van Nuys, CA 91406**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

■ Other. Specify   **Legal fees**

☐ Yes

---

| 4.3 9 | **Crenshaw Lumber** | Last 4 digits of account number _____ | $8,007.17 |

Nonpriority Creditor's Name
**1860 W. 166th Street**
**Gardena, CA 90247-0436**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No

■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

☐ Yes

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

| 4.40 | **Crenshaw Wholesale Electirc Supply** | Last 4 digits of account number _____ | $10,130.94 |

Nonpriority Creditor's Name
**13441 S. Western Ave.**
**Gardena, CA 90249**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.41 | **CSI Creative** | Last 4 digits of account number _____ | $36,724.06 |

Nonpriority Creditor's Name
**9901 West 74th Street, #150**
**Eden Prairie, MN 55344**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**                                           Case number (if known) _____

| 4.4 2 | **CyberCoders, Inc.** | Last 4 digits of account number  **4318** | **$37,500.00** |

Nonpriority Creditor's Name
**c/o Gaba Guerrini Law**
**8583 Irvine Center Dr., Ste 500**
**Irvine, CA 92618-4298**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Judgment.  Listed as precaution only. Remaining business of Tobo Construction and possible personal guarantee Case No.: 19TRCV00795**

---

| 4.4 3 | **D&M Painting, Inc.** | Last 4 digits of account number  _____ | **$4,937.02** |

Nonpriority Creditor's Name
**1759 N. Batavia Street**
**Orange, CA 92865**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**                                    Case number (if known) _____

| 4.4 4 | **Davis Wholesale Electric** | Last 4 digits of account number _____ | $194,571.55 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 847106**
**Los Angeles, CA 90084-7106**

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ☒ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.4 5 | **De Lage Landen Financial Services** | Last 4 digits of account number  4095 | $2,972.38 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 41602**
**Philadelphia, PA 19101-1602**

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ☒ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.4 6 | **Delgado Tile & Stone** | Last 4 digits of account number _____ | $122,680.60 |
|---|---|---|---|

Nonpriority Creditor's Name
**13422 Palamos Place**
**Chino Hills, CA 91709**

When was the debt incurred? _____

Number Street City State Zip Code
Who incurred the debt? Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☒ Check if this claim is for a community debt

Is the claim subject to offset?
- ☒ No

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

- ☐ Yes
- ☒ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1    **Monica Shiun Oh**

Debtor 2    **Jimi Wan P. Chae**

Case number (if known) _____

| 4.47 | | |
|---|---|---|

**Department of Industrial Relations**

Nonpriority Creditor's Name

**Office of the Director - Legal Unit**
**455 Golden Gate Ave., Ste 9516**
**San Francisco, CA 94102**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$1.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Case No. 19-0209-PWH.  Pending claim listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee**

| 4.48 | | |
|---|---|---|

**Department of Industrial Relations**

Nonpriority Creditor's Name

**Office of the Director - Legal Unit**
**455 Golden Gate Ave., Ste 9516**
**San Francisco, CA 94102**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$1.00**

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Case Nos. 19-0317-PWH.  Pending claim listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**                                    Case number (if known) _____

| | | | |
|---|---|---|---|
| **4.4 9** | **Department of Industrial Relations** | Last 4 digits of account number _____ | **$75,539.26** |

Nonpriority Creditor's Name
**Civ Wage & Penalty Assessment Offic**
**PO Box 32889**
**Long Beach, CA 90832**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **DLSE Case No: 40-64276-716 Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee**

| | | | |
|---|---|---|---|
| **4.5 0** | **Dept of Industrial Relations** | Last 4 digits of account number _____ | **$1,337,883.90** |

Nonpriority Creditor's Name
**c/o Jennifer Aikman**
**300 Oceangate, #850**
**Long Beach, CA 90802**
Number Street City State Zip Code

When was the debt incurred? **2019**

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Case No. 19-0226-PWH/DLSE Case No. 40-54384-757/ODL Case No. 19-0226-PWH. Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

| | | |
|---|---|---|
| **4.5** **1** | **Dept of Industrial Relations** | |

Nonpriority Creditor's Name
**Civ Wage & Penalty Assessment Offic**
**PO Box 32889**
**Long Beach, CA 90832**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____          $963,832.64

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **DLSE Case No. 40-57020-218.**
**Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee**

| | | |
|---|---|---|
| **4.5** **2** | **Dept of Industrial Relations** | |

Nonpriority Creditor's Name
**Civ Wage & Penalty Assessment Offic**
**300 Oceangate, #850**
**Long Beach, CA 90802**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No

☐ Yes

Last 4 digits of account number _____          $1.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify **DLSE Case No. 40-65066-132.**
**Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**                                                                 Case number (if known) _____

| 4.5 3 | **Dept of Industrial Relations** | Last 4 digits of account number ___ ___ ___ ___ | $1,337,883.90 |

Nonpriority Creditor's Name
**Civ Wage & Penalty Assessment**
**Offic**                                                         When was the debt incurred? _____
**300 Oceangate, #850**
**Long Beach, CA 90802**
Number Street City State Zip Code                                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                                   ☐ Contingent
☐ Debtor 2 only                                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                      ☐ Disputed
■ At least one of the debtors and another                         **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**                      ☐ Student loans
**debt**                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                               report as priority claims
■ No                                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                                  **Case No. 19-0226-PWH/DSLE Case No.**
                                                                  **40-54384-757.  Listed as a precaution only.**
                                                                  **Remaining business debt of Tobo**
                                                                  **Construction with possible personal**
☐ Yes                                              ■ Other. Specify **guarantee**

| 4.5 4 | **Dept of Industrial Relations** | Last 4 digits of account number ___ ___ ___ ___ | $2,998,536.05 |

Nonpriority Creditor's Name
**Civ Wage & Penalty Assessment**
**Offic**                                                         When was the debt incurred? _____
**PO Box 32889**
**Long Beach, CA 90832**
Number Street City State Zip Code                                 **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                                   ☐ Contingent
☐ Debtor 2 only                                                   ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                      ☐ Disputed
■ At least one of the debtors and another                         **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a community**                      ☐ Student loans
**debt**                                                          ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                               report as priority claims
■ No                                                              ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                                  **DLSE Case No. 40-60881-132.  Listed as a**
                                                                  **precaution only.  Remaining business debt**
                                                                  **of Tobo Construction with possible**
☐ Yes                                              ■ Other. Specify **personal guarantee**

Debtor 1   **Monica Shiun Oh**

Debtor 2   **Jimi Wan P. Chae**

Case number *(if known)* _____

---

| 4.5 5 | **Dept of Industrial Relations** | Last 4 digits of account number _____ | $78,887.17 |

Nonpriority Creditor's Name

**Civ Wage & Penalty Assessment Offic**

**PO Box 32889**

**Long Beach, CA 90832**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **DLSE Case No. 40-66318-716.  Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee**

---

| 4.5 6 | **Div Labor Standards Enforcement** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name

**c/o Sotivear Sim**

**300 Oceangate, Ste 850**

**Long Beach, CA 90802**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Case No. 18-0406-PWH/DLSE Case No. 40-54317-132.  Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee**

---

| Debtor 1 | **Monica Shiun Oh** | | |
|---|---|---|---|
| Debtor 2 | **Jimi Wan P. Chae** | Case number (if known) | |

| 4.57 | **Div Labor Standards Enforcement** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name
**c/o Jennifer Aikman**
**300 Oceangate, Suite 850**
**Long Beach, CA 90802**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Case No. 19-0336-PWH/DLSE Case No 40-61231-757.**
**Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee**

| 4.58 | **Diversified Protection Systems, Inc** | Last 4 digits of account number _____ | $1,500.00 |

Nonpriority Creditor's Name
**1241 N. Barsten Way**
**Anaheim, CA 92806**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number *(if known)* _____

---

| 4.5 9 | **Donald M Hoover Company** | **Last 4 digits of account number** _____ | **$22,707.50** |

Nonpriority Creditor's Name
**10130 Redwood Ave.**
**Fontana, CA 92335**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.6 0 | **Dragon Steel Inc.** | **Last 4 digits of account number** _____ | **$112,233.15** |

Nonpriority Creditor's Name
**9077 De Garmo Ave.**
**Sun Valley, CA 91352**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.6 1 | **Dunn-Edwards Corp.** | **Last 4 digits of account number** 8000 | **$28.38** |

Nonpriority Creditor's Name
**P.O. Box 30389**
**Los Angeles, CA 90030-0389**
Number Street City State Zip Code

**When was the debt incurred?** _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**

Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.6 2 | **Edward Kale Flowers** | Last 4 digits of account number _____ | $1.00 |

Nonpriority Creditor's Name

**c/o Douglas N Silverstein**
**9255 Sunset Blvd, Ste 411**
**West Hollywood, CA 90069**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Pending lawsuit.  Listed as a precaution only.  Remaining business debt of Tobo Construction, and possible personal guarantee**
**Case No.: 19STCV15722**

---

| 4.8 3 | **Emerge Video Services** | Last 4 digits of account number _____ | $2,400.00 |

Nonpriority Creditor's Name

**2307 Fenton Parkway, #107-159**
**San Diego, CA 92108**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.6 4 | **Emily Kromke, Esq.** | | | $8,649.30 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**846 Stanford Street**
**Santa Monica, CA 90403**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Legal bill**

---

| 4.6 5 | **Everest Business Funding** | | | $92,438.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**5 West 37th Street**
**Suite 1100**
**New York, NY 10018**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **3643**

When was the debt incurred?  **2019**

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only. Remaining business debt of Tobo Construction with personal guarantee.**

---

| 4.6 6 | **Farmers Insurance** | | | $703.64 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 894883**
**Los Angeles, CA 90189-4883**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **6850**

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Personal insurance**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

| 4.6 7 | **Farmers Insurance** | Last 4 digits of account number | **0001** | $310.44 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**PO Box 4665**
**Carol Stream, IL 60197-4665**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.6 8 | **Fence Factory** | Last 4 digits of account number | | $19,186.12 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**1606 Los Angeles Ave**
**Ventura, CA 93004**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.6 9 | **Filmore Rentals** | Last 4 digits of account number | | $473.55 |
|---|---|---|---|---|

Nonpriority Creditor's Name
**955 W. Ventura Street**
**Fillmore, CA 93015**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**

Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.7 0 | **Finishing Touch Woodworking** | Last 4 digits of account number _____ _____ | $42,892.91 |

Nonpriority Creditor's Name

**12271 Industry Street**
**Garden Grove, CA 92841**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.7 1 | **First Fire Systems Inc.** | Last 4 digits of account number _____ _____ | $7,500.00 |

Nonpriority Creditor's Name

**5947 Burchard Ave.**
**Los Angeles, CA 90034**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1    **Monica Shiun Oh**

Debtor 2    **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.7 2 | **Forver Lawn Pacific Coast** | Last 4 digits of account number _____ | **$3,452.73** |

Nonpriority Creditor's Name
**571 I Crane Street, Unit B**
**Lake Elsinore, CA 92530**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

☐ Yes

---

| 4.7 3 | **G&G Trucking Gami Construction Inc.** | Last 4 digits of account number _____ | **$172,905.00** |

Nonpriority Creditor's Name
**16567 Bayleaf Lane**
**Fontana, CA 92337**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

☐ Yes

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**                                      Case number (if known) _____

---

| 4.7 4 | **Giroux Glass Inc.** | Last 4 digits of account number _____ | **$2,894.00** |

Nonpriority Creditor's Name
**850 W. Washington Blvd., #200**
**Los Angeles, CA 90015**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.7 5 | **Global Environmental T&C Inc.** | Last 4 digits of account number _____ | **$450.00** |

Nonpriority Creditor's Name
**1520 W. Cameron Ave., #103**
**CA 91760**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.7 6 | **Golden State Roofing** | Last 4 digits of account number _____ | **$23,594.21** |

Nonpriority Creditor's Name
**22120 South Avalon Blvd.**
**Carson, CA 90745**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.7 7 | **Green Contractor Studio Inc.** | Last 4 digits of account number _____ | $1,783.00 |

Nonpriority Creditor's Name

**6920 Knott Ave., #C**
**Buena Park, CA 90621**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.7 8 | **Green Contractor Studio, Inc.** | Last 4 digits of account number _____ | $425,000.00 |

Nonpriority Creditor's Name

**6920 Knott Ave. STE C**
**Buena Park, CA 90621**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.7 9 | **Greenberg Whitcombe Takeuchi Gibson** | Last 4 digits of account number  3696 | $2,764.50 |

Nonpriority Creditor's Name

**Grayyverm, LLP**
**21515 Hawthorne Blvd., #450**
**Torrance, CA 90503**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Legal bill**

---

Debtor 1    **Monica Shiun Oh**

Debtor 2    **Jimi Wan P. Chae**

Case number (if known) _____

| 4.8 0 | **H&H Surverying Inc.** | Last 4 digits of account number _____ | $6,912.53 |

Nonpriority Creditor's Name

**14924 Dobbs Ave.**
**Bakersfield, CA 93314**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.8 1 | **Hangil Glass** | Last 4 digits of account number _____ | $504,532.50 |

Nonpriority Creditor's Name

**17517 South Broadwat**
**Gardena, CA 90248**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

| 4.8 2 | **Hardy Landscape Construction Inc.** | | $192,925.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**21520 Ambushers Street**
**Diamond Bar, CA 91765**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.8 3 | **Healthy Buildings International Inc** | | $1,560.00 |
|---|---|---|---|

Nonpriority Creditor's Name
**3251 Old Lee Highway, #100**
**Fairfax, VA 22030**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.8 4 | **Henderson Mechanical System** | | $11,165.93 |
|---|---|---|---|

Nonpriority Creditor's Name
**15151 Prairie Ave**
**Lawndale, CA 90260**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.8 5 | **Home Depot Credit Card Payments** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 9001010**
**Louisville, KY 40290**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No
☐ Yes

Last 4 digits of account number  **4521** _____     **$13,445.58**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit card** _____

---

| 4.8 6 | **Home Depot Payment** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 9001010**
**Louisville, KY 40290**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number  **0064** _____     **$1,710.76**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.8 7 | **Hunt Ortnann Palffy Nieves Darling** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**& Mah Inc.**
**30 North Lake Ave., 7th Floor**
**Pasadena, CA 91101-5118**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____     **$153,053.40**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**                                              Case number (if known) _____

| 4.8 8 | **ICI Architectural Millwork, Inc.** | Last 4 digits of account number _____ | **$62,172.59** |

Nonpriority Creditor's Name
**6820 Brynhurst Ave**
**Los Angeles, CA 90043**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.8 9 | **Incompli, inc.** | Last 4 digits of account number _____ | **$5,940.00** |

Nonpriority Creditor's Name
**85 Argonaut #212**
**Aliso Viejo, CA 92656**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.9 0 | **International Fidelity Insurance Co** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**c/o SMTD Law LLP**
**17901 Von Karman Ave., Ste 500**
**Irvine, CA 92614**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$4,000,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Pending lawsuit**
**International Fidelity Insurance Co. v. Tobo**
**Construction, Inc., et al., Case No.:**
**2:20-cv-00096**

---

| 4.9 1 | **Invent Contractor Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name
**2100 W. Washington Blvd., #2**
**Los Angeles, CA 90018**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____    **$4,710.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining**
**business debt of Tobo Construction with**
**possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**

Debtor 2  **Jimi Wan P. Chae**                                    Case number (if known) _____

| 4.9 2 | **IPFS Corporation** | Last 4 digits of account number  **4186** | **$7,754.16** |

Nonpriority Creditor's Name

**PO Box 412086**

**Kansas City, MO 64141-2086**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.9 3 | **JDY Yoon J Kim, CPA** | Last 4 digits of account number | **$3,900.00** |

Nonpriority Creditor's Name

**3440 Wilshire Blvd., #609**

**Los Angeles, CA 90018**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Accounting services**

| 4.9 4 | **JJ&J Service** | Last 4 digits of account number | **$671.00** |

Nonpriority Creditor's Name

**1262 W. 3rd Street**

**Pomona, CA 91766**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1 **Monica Shiun Oh**

Debtor 2 **Jimi Wan P. Chae**

Case number (if known) _____

| 4.9 5 | **JNK Builder Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**1463 s. Nortom Ave.**

**Los Angeles, CA 90019**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                     $181,007.82

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.9 6 | **Joe P. Parada** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**Deputy Welding Inspector**

**13014 Bona Vista Lane**

**La Mirada, CA 90638**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                     $600.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.9 7 | **Kalamata** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Berkovitch & Bouskila, PLLC**

**80 Broad St., Ste 3303**

**New York, NY 10004**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____                     $234,601.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Pending lawsuit**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

| 4.9 8 | **Klean Sweep Parking Lot Service Inc** | | | | $1,006.25 |

Nonpriority Creditor's Name
**P.O. Box 3607**
**Torrance, CA 90510**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.9 9 | **KMU Solutions Inc.** | | | | $173,390.28 |

Nonpriority Creditor's Name
**4120 W. Pico Blvd., #4**
**Los Angeles, CA 90019**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1  **Monica Shiun Oh**

Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

| | | |
|---|---|---|
| **4.1 00** | **L&W Supply** | Last 4 digits of account number  **1131**  $31,013.52 |

Nonpriority Creditor's Name

**9770 San Fernando Road**
**Sun Valley, CA 91352**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No


☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarante.**

---

| | | |
|---|---|---|
| **4.1 01** | **LCP Tracker** | Last 4 digits of account number  **0730**  $1,675.00 |

Nonpriority Creditor's Name

**117 E Chapman Ave**
**Orange, CA 92866**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No


☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarante.**

---

| | | |
|---|---|---|
| **4.1 02** | **Los AngelesCaststone** | Last 4 digits of account number  $7,816.00 |

Nonpriority Creditor's Name

**1706 Standard Ave.**
**Glendale, CA 91201**

Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No


☐ Yes

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarante.**

---

Debtor 1  **Monica Shiun Oh**

Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.1 03 | **Mack P&S Construction Inc.** | | | Last 4 digits of account number _____ | | $148,850.30 |

Nonpriority Creditor's Name

**32020 Corydon Road**
**Wildomar, CA 92595**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

**Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 04 | **Masa Contracting Inc.** | | | Last 4 digits of account number _____ | | $9,771.03 |

Nonpriority Creditor's Name

**P.O. Box 28**
**Alhambra, CA 91802**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 05 | **McIntyre** | | | Last 4 digits of account number _____ | | $15,209.70 |

Nonpriority Creditor's Name

**2817 E. Cedar Street, #200**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only

☐ Debtor 2 only

☐ Contingent

☐ Debtor 1 and Debtor 2 only

☐ Unliquidated

■ At least one of the debtors and another

☐ Disputed

■ **Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

| 4.1 06 | **McWhirter Steel Inc.** | Last 4 digits of account number _____ | **$345,389.06** |

Nonpriority Creditor's Name
**42211 7th Street**
**Lancaster, CA 93535**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 07 | **MD Insulation Company** | Last 4 digits of account number _____ | **$76,955.00** |

Nonpriority Creditor's Name
**9702 Klingerman Street**
**South El Monte, CA 91733-1729**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**                                    Case number (if known) _____

---

| 4.1 08 | **Mega Air Co.** | Last 4 digits of account number _____ | $90,499.34 |

Nonpriority Creditor's Name
**1320 W. El Segundo Blvd., #B
Gardena, CA 90247**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 09 | **Metal Fabrication Industrial Ironwo** | Last 4 digits of account number _____ | $69,500.00 |

Nonpriority Creditor's Name
**221 Industrial Ave.
La Habra, CA 90631**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 10 | **Metco Skylight Specialties** | Last 4 digits of account number _____ | $3,404.05 |

Nonpriority Creditor's Name
**1715 W. 135th Street
Gardena, CA 90249**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

| 4.1 11 | | | |
|---|---|---|---|

**Michael Page International Inc.**
Nonpriority Creditor's Name
**c/o Gaba Guerrini Law**
**8583 Irvine Center Dr., Ste 500**
**Irvine, CA 92618-4298**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No

☐ Yes

Last 4 digits of account number _____        **$17,895.86**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Judgment. Case No. 19NWLC25451 Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.1 12 | | | |
|---|---|---|---|

**Miner, Ltd.**
Nonpriority Creditor's Name
**9086 Risecrans Ave.**
**Bellflower, CA 90706**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?
■ No

☐ Yes

Last 4 digits of account number _____        **$7,585.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.1 13 | **Mirae Construction Company** | Last 4 digits of account number _____ | $75,234.99 |

Nonpriority Creditor's Name
**3616 W. Pico Blvd.,=**
**Los Angeles, CA 90019**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 14 | **Mitsubishi Electric US Inc.** | Last 4 digits of account number _____ | $35,123.27 |

Nonpriority Creditor's Name
**5900-A Katella Ave.**
**Cypress, CA 90630**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 15 | **Nibbelink Masonry Construction** | Last 4 digits of account number _____ | $377,617.72 |

Nonpriority Creditor's Name
**1120 W. Avenue L-8**
**Lancaster, CA 93534**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.1 16 | **Nitro Associates** | | | $15,488.38 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**141 E. Walnut, Second Floor**
**Pasadena, CA 91103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 17 | **NST Plumbing & Fire Protection Inc.** | | | $27,413.07 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**2617 Mountain Pine Drive**
**La Crescenta, CA 91214**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 18 | **Ondeck Capital** | | | $25,783.00 |
|---|---|---|---|---|

Nonpriority Creditor's Name

**1400 Broadway**
**New York, NY 10018**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **6636**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Personal guarantee to loan**

---

| Debtor 1 | **Monica Shiun Oh** |
|---|---|
| Debtor 2 | **Jimi Wan P. Chae** |

Case number (if known) _____

---

**4.1 19**

**Pacific City Bank**
Nonpriority Creditor's Name
**3701 Wilshire Blvd., Suite 100**
**Los Angeles, CA 90010**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____          **$4,267,243.62**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

**4.1 20**

**Pacific City Bank**
Nonpriority Creditor's Name
**3701 Wilshire Blvd., Suite 900**
**Los Angeles, CA 90010**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number  2162          **$1,908,627.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt/mortgage of JC Development with possible personal guarantees**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.1 21 | **Paracon** | Last 4 digits of account number _____ | **$322,410.00** |

Nonpriority Creditor's Name
**7319 Somerset Blvd.**
**Paramount, CA 90723**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 22 | **Partition Specialties Inc.** | Last 4 digits of account number _____ | **$92,000.00** |

Nonpriority Creditor's Name
**505 San Marin Drive, #A120**
**Novato, CA 94945**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 23 | **People Placement** | Last 4 digits of account number _____ | **$19,665.00** |

Nonpriority Creditor's Name
**27472 Portola Parkwat, #205182**
**CA 96100**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt

**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

---

**4.1
24**

**Pinnacle Surett & Insurance Service**
Nonpriority Creditor's Name

**151 Kalmus Drive, Suite A-201
Costa Mesa, CA 92626**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **$9,441.00**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

■ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

**4.1
25**

**Platt Secuirty Systems Inc.**
Nonpriority Creditor's Name

**3275 E. Grant Street, Suite B
Signal Hill, CA 90755**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

Last 4 digits of account number _____    **$3,753.78**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1 **Monica Shiun Oh**
Debtor 2 **Jimi Wan P. Chae**                                    Case number (if known) _____

---

| | | |
|---|---|---|
| 4.1<br>26 | **Premier Structural Steel** | |

Nonpriority Creditor's Name
**13242 Barlin Ave.**
**Downey, CA 90242**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$7,088.83**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| | | |
|---|---|---|
| 4.1<br>27 | **Prime Accoustics** | |

Nonpriority Creditor's Name
**31129 Via Colinas #72**
**Thousand Oaks, CA 91362**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$145,438.50**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| | | |
|---|---|---|
| 4.1<br>28 | **Prospectra Contract Flooring** | |

Nonpriority Creditor's Name
**13250 Gregg Street, #F**
**Poway, CA 92064**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a community debt
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number _____    **$418,982.83**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

| 4.1<br>29 | **Quality Environmental Inc.** | | **$346,089.71** |
|---|---|---|---|

Nonpriority Creditor's Name
**13123 Lakeland Road, Suite A**
**Santa Fe Springs, CA 90670**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.1<br>30 | **Quill Corporation** | | **$382.84** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 37600**
**Philadelphia, PA 19101-0600**
Number Street City State Zip Code

Last 4 digits of account number _____

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

| 4.1<br>31 | **Rafat H. Mina** | Last 4 digits of account number _____ | **$1,205.39** |

Nonpriority Creditor's Name
**3004 Oakwood Ln
Torrance, CA 90505**
Number Street City State Zip Code

When was the debt incurred?  **2019**

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Civil judgment, Case No.: 19IWSC02890. Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.1<br>32 | **Randall McAnany Company** | Last 4 digits of account number _____ | **$16,055.92** |

Nonpriority Creditor's Name
**4935 McConnell Ave., #20
Los Angeles, CA 90066**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**                                    Case number (if known) _____

---

| 4.1 33 | **Republic Services** | Last 4 digits of account number _____ | $1,831.40 |

Nonpriority Creditor's Name
**P.O. Box 78829**
**Phoenix, AZ 85062**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 34 | **Respond Systems** | Last 4 digits of account number _____ | $990.00 |

Nonpriority Creditor's Name
**599 4th Street**
**San Fernando, CA 91340**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 35 | **Retail Capital LLC dba Credibly** | Last 4 digits of account number  2004 | $205,249.00 |

Nonpriority Creditor's Name
**c/o David N. Ingrassia, P.C.**
**3961 E. Chandler Blvd., Ste 111-119**
**Phoenix, AZ 85048**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ Check if this claim is for a  community debt

**Is the claim subject to offset?**
■ No
☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Pending lawsuit**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

**4.1 36**  **Reyes & Sons Electric, Inc.**
Nonpriority Creditor's Name
**12939 Arroyo Street**
**Sylmar, CA 91342**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____    $63,300.73

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

**4.1 37**  **Roll-A-Shade Inc.**
Nonpriority Creditor's Name
**12101 Madera Way**
**Riverside, CA 92503**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____    $12,826.93

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

**4.1 38**  **Salsbury Engineering Inc.**
Nonpriority Creditor's Name
**2465 W La Palma Ave.**
**Anaheim, CA 92801**
Number Street City State Zip Code
**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

Last 4 digits of account number _____    $301,191.03

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

| 4.1 39 | **Santa Barbara South Coast Industrie** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**6385 Rose Lane #B**
**Carpinteria, CA 93013**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____  **$10,161.03**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.1 40 | **Shade Structures Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 734158**
**Dallas, TX 75373**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____  **$16,435.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**                                    Case number (if known) _____

---

| 4.1 41 | **Sierra Fireproofing, Inc.** | Last 4 digits of account number _____ | $26,591.38 |

Nonpriority Creditor's Name
**5053 Heintz Street**
**Baldwin Park, CA 91706**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 42 | **Smoke Guard California Inc.** | Last 4 digits of account number _____ | $5,168.00 |

Nonpriority Creditor's Name
**1915 Mark Court #100**
**Concord, CA 94520**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 43 | **Southern California Edison** | Last 4 digits of account number 8613 | $811.56 |

Nonpriority Creditor's Name
**P.O. Box 300**
**Rosemead, CA 91772-0001**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☑ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

☑ Other. Specify  **Utility**

---

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.1 44 | **Southern California Gas Co.** | Last 4 digits of account number **4561** | **$24.38** |

Nonpriority Creditor's Name
**P.O. Box C**
**Monterey Park, CA 91756**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Utility**

---

| 4.1 45 | **Southern California Overhead Door C** | Last 4 digits of account number | **$15,561.00** |

Nonpriority Creditor's Name
**1806 Flower Ave.**
**Duarte, CA 91010**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 46 | **Sparkletts** | Last 4 digits of account number | **$130.95** |

Nonpriority Creditor's Name
**P.O. Box 660579**
**Dallas, TX 75266-0579**
Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No
☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1    **Monica Shiun Oh**

Debtor 2    **Jimi Wan P. Chae**

Case number (if known) _____

---

**4.1 47**

**Spectrum Time Warner Cable**

Nonpriority Creditor's Name

**P.O. Box 600740**
**City of Industry, CA 91716**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number _____        $311.58

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Cable/Internet**

---

**4.1 48**

**Spectrum Time Warner Cable**

Nonpriority Creditor's Name

**3347 Platt Springs Rd**
**West Columbia, SC 29170**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **4215**        $1,309.82

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Cable/Internet**

---

**4.1 49**

**State Compensation Insurance Fund**

Nonpriority Creditor's Name

**5580 Owens Drive**
**Pleasanton, CA 94588**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number    **2019**        $1,336.50

When was the debt incurred? _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**                                                Case number (If known) _____

---

**4.1 50**   **State of California**                  Last 4 digits of account number   **8288**                      **$711.00**
Nonpriority Creditor's Name
**P.O. Box 942857**                              When was the debt incurred?   **4/9/1995**
**Sacramento, CA 94257**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only                                  ☐ Contingent
☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
                                                 Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community         ☐ Student loans
debt
Is the claim subject to offset?                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Tax lien**

---

**4.1 51**   **State of California**                  Last 4 digits of account number   **0979**                      **$4,670.00**
Nonpriority Creditor's Name
**P.O. Box 942857**                              When was the debt incurred?   **8/9/1994**
**Sacramento, CA 94257**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only
■ Debtor 2 only                                  ☐ Contingent
☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
☐ At least one of the debtors and another        ☐ Disputed
                                                 Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community         ☐ Student loans
debt
Is the claim subject to offset?                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                            ■ Other. Specify   **Tax lien**

---

**4.1 52**   **Steven Davis Consulting**              Last 4 digits of account number   _____              **$9,850.00**
Nonpriority Creditor's Name
**357 Camino de las Colinas**                    When was the debt incurred?   _____
**Redondo Beach, CA 90277**
Number Street City State Zip Code                As of the date you file, the claim is: Check all that apply
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only                                  ☐ Contingent
☐ Debtor 1 and Debtor 2 only                     ☐ Unliquidated
■ At least one of the debtors and another        ☐ Disputed
                                                 Type of NONPRIORITY unsecured claim:
■ Check if this claim is for a  community         ☐ Student loans
debt
Is the claim subject to offset?                  ☐ Obligations arising out of a separation agreement or divorce that you did not
                                                 report as priority claims
■ No                                             ☐ Debts to pension or profit-sharing plans, and other similar debts

                                                 **Listed as a precaution only.  Remaining
                                                 business debt of Tobo Construction with
☐ Yes                         ■ Other. Specify   possible personal guarantee.**

---

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**                                    Case number (if known) _____

| 4.1 53 | **Stumbaugh & Associates, Inc.** | Last 4 digits of account number _____ | $25,318.46 |

Nonpriority Creditor's Name
**3303 North San Fernando Blvd.**
**Burbank, CA 91504**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.1 54 | **Summer Construction** | Last 4 digits of account number _____ | $18,310.52 |

Nonpriority Creditor's Name
**P.O. Box 30**
**Santa Paula, CA 93061**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.1 55 | **Sunbelt Rentals** | Last 4 digits of account number 4399 | $133,091.51 |

Nonpriority Creditor's Name
**c/o Cannon Law Group**
**124 S 600 E.**
**Salt Lake City, UT 84102**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Demand for business-related debt with personal guarantee**

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

| 4.1 56 | **Sy Soth c/o Brandon Chang, Esq.** | Last 4 digits of account number _____ | **$1.00** |

Nonpriority Creditor's Name
**Mesriani Law Group**
**510 Arizona Ave.**
**Santa Monica, CA 90401**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Legal claim; lawsuit expected to be filed shortly**

| 4.1 57 | **Synthetics International** | Last 4 digits of account number _____ | **$1,920.00** |

Nonpriority Creditor's Name
**316 California Ave., Suite 799**
**Reno, NV 89509**
Number Street City State Zip Code

**When was the debt incurred?** _____

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.1 58 | **Tech-Wall of Ventura Inc.** | Last 4 digits of account number _____ | $19,857.70 |
|---|---|---|---|

Nonpriority Creditor's Name
**4564 Telephone Road, #802**
**Ventura, CA 93003**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 59 | **TF California Apprenticeship Counse** | Last 4 digits of account number  8012 | $33,446.91 |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 511283**
**Los Angeles, CA 90051**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No

☐ Yes

When was the debt incurred? _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**                                    Case number (if known) _____

| 4.1 60 | **Todd Street, Inc.** | Last 4 digits of account number _____ | $18,333.25 |

Nonpriority Creditor's Name
P.O. Box 963
Azusa, CA 91702
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 61 | **Toro-Aire Inc.** | Last 4 digits of account number _____ | $2,116.60 |

Nonpriority Creditor's Name
1708 Mahalo Place
Compton, CA 90220
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 62 | **Trade Fire Protection Group** | Last 4 digits of account number _____ | $100,347.18 |

Nonpriority Creditor's Name
6824 Louise Ave.
Van Nuys, CA 91406
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**
■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.1 63 | | | |
|---|---|---|---|

**Trench Plate Rental Co.**
Nonpriority Creditor's Name
**13217 Laureldale Ave.**
**Downey, CA 90242**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **7470**          $1,235.55

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 64 | | | |
|---|---|---|---|

**Turtle & Hughes Inc.**
Nonpriority Creditor's Name
**c/o Samantha R. Staroba, Esq.**
**1880 Century Park East, 12th FL**
**Los Angeles, CA 90067**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  _____          $147,623.26

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
**Type of NONPRIORITY unsecured claim:**
■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Pending lawsuit**
**Turtle & Hughes Inc. v. Tobo Construction, Inc., et al., Case No. 19LBCV00692**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**                                        Case number (if known) _____

| 4.1 65 | **United Landscape & Maintenance Inc** | |
|---|---|---|

Nonpriority Creditor's Name
**9018 Balboa Blvd., #128**
**Northridge, CA 91325**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number** _____          **$83,742.56**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☑ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

| 4.1 66 | **United Rentals** | |
|---|---|---|

Nonpriority Creditor's Name
**231 West Orange Grove**
**Burbank, CA 91502**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☑ At least one of the debtors and another

☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**  9540          **$8,234.08**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

Debtor 1   **Monica Shiun Oh**

Debtor 2   **Jimi Wan P. Chae**

Case number (if known) _____

---

| 4.1 67 | **United Site Service of CA Inc.** | Last 4 digits of account number | **7232** | **$23,787.17** |

Nonpriority Creditor's Name

**P.O. Box53267**

**Phoenix, AZ 85072-3267**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 68 | **Universal Reprographics Inc.** | Last 4 digits of account number | **9023** | **$1,832.57** |

Nonpriority Creditor's Name

**2043 Pontius Ave.**

**Los Angeles, CA 90025**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 69 | **Verizon Wireless** | Last 4 digits of account number | **0002** | **$3,125.77** |

Nonpriority Creditor's Name

**P.O. Box 9622**

**Mission Hills, CA 91346-9622**

Number Street City State Zip Code

When was the debt incurred? _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

■ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

■ Check if this claim is for a community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Telephone service**

---

Debtor 1  **Monica Shiun Oh**
Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

---

**4.1 70**

**Verizon Wireless**
Nonpriority Creditor's Name
**PO Box 9622**
**Mission Hills, CA 91346-9622**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **0003**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Telephone service**

$605.16

---

**4.1 71**

**Visible Graphics Inc.**
Nonpriority Creditor's Name
**9736 Eton Avenue**
**Chatsworth, CA 91311**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  _____

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

$241,911.84

---

**4.1 72**

**Waste Management**
Nonpriority Creditor's Name
**5701 S. Eastern Ave., Suite 300**
**Los Angeles, CA 90040**
Number Street City State Zip Code
Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Check if this claim is for a community debt
Is the claim subject to offset?
■ No
☐ Yes

Last 4 digits of account number  **2838**

When was the debt incurred?  _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

$143.67

---

Debtor 1   **Monica Shiun Oh**

Debtor 2   **Jimi Wan P. Chae**

Case number *(if known)* _____

---

| 4.1 73 | **Wells Fargo Bank** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 10306**
**Des Moines, IA 50306-0306**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **4000**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

$1,083.29

---

| 4.1 74 | **West Coast Fire & Integration Inc.** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**3199-D Airport Loop Drive**
**Cypress, CA 90630**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarante.**

$16,646.78

---

| 4.1 75 | **White Cap** | | |
|---|---|---|---|

Nonpriority Creditor's Name

**P.O. Box 6040**
**Cypress, CA 90630-0040**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**   **2000**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Listed as a precaution only.  Remaining business debt of Tobo Construction with possible personal guarantee.**

$22,960.75

---

Debtor 1 **Monica Shiun Oh**
Debtor 2 **Jimi Wan P. Chae**

Case number *(if known)* _____

---

| 4.1 76 | **William Scotsman** | | Last 4 digits of account number | **2178** | | **$29,203.34** |

Nonpriority Creditor's Name
**P.O. Box 6040**
**Cypress, CA 90630-0400**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

| 4.1 77 | **William Sonoma Visa** | | Last 4 digits of account number | **6436** | | **$4,054.50** |

Nonpriority Creditor's Name
**P.O. Box 659705**
**San Antonio, TX 78265-9705**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Personal credit card**

---

| 4.1 78 | **YTI Enterprises Inc.** | | Last 4 digits of account number | | | **$16,850.00** |

Nonpriority Creditor's Name
**1260 S State College Parkway**
**Anaheim, CA 92806**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Listed as a precaution only. Remaining business debt of Tobo Construction with possible personal guarantee.**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

---

Debtor 1  **Monica Shiun Oh**

Debtor 2  **Jimi Wan P. Chae**

Case number (if known) _____

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Barclay Mastercard**<br>**P.O. Box 8802**<br>**Wilmington, DE 19899-8802** | Line **4.18** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Chase Cardmember Service**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850-5298** | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Visa Customer Service**<br>**P.O. Box 182273**<br>**Columbus, OH 43218-2293** | Line **4.177** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number _____ |

### Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. | $ 0.00 |
| | 6b. | Taxes and certain other debts you owe the government | 6b. | $ 0.00 |
| | 6c. | Claims for death or personal injury while you were intoxicated | 6c. | $ 0.00 |
| | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | Total Priority. Add lines 6a through 6d. | 6e. | $ 0.00 |
| | | | | Total Claim |
| Total claims from Part 2 | 6f. | Student loans | 6f. | $ 0.00 |
| | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. | $ 0.00 |
| | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. | $ 0.00 |
| | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 25,729,743.87 |
| | 6j. | Total Nonpriority. Add lines 6f through 6i. | 6j. | $ 25,729,743.87 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | **Jimi Wan P. Chae** |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1.  **Do you have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2.  **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| Name, Number, Street, City, State and ZIP Code | |
| 2.1 | |
| Name | |
| Number   Street | |
| City          State      ZIP Code | |
| 2.2 | |
| Name | |
| Number   Street | |
| City          State      ZIP Code | |
| 2.3 | |
| Name | |
| Number   Street | |
| City          State      ZIP Code | |
| 2.4 | |
| Name | |
| Number   Street | |
| City          State      ZIP Code | |
| 2.5 | |
| Name | |
| Number   Street | |
| City          State      ZIP Code | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | **Jimi Wan P. Chae** |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                              12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

   In which community state or territory did you live?    -NONE-    . Fill in the name and current address of that person.

   _____
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

**Column 1: Your codebtor**
Name, Number, Street, City, State and ZIP Code

**Column 2: The creditor to whom you owe the debt**
Check all schedules that apply:

| | | |
|---|---|---|
| 3.1 | **JC Development, LLC**<br>30225 Rhone Dr<br>Rancho Palos Verdes, CA 90275 | ■ Schedule D, line  **2.2**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Pacific City Bank** |
| 3.2 | **JC Development, LLC**<br>30225 Rhone Dr<br>Rancho Palos Verdes, CA 90275 | ■ Schedule D, line  **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Pacific City Bank** |

| Debtor 1 | **Monica Shiun Oh**<br>**Jimi Wan P. Chae** | Case number *(if known)* | |
|---|---|---|---|

███ **Additional Page to List More Codebtors**

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.3 | JC Development, LLC<br>30225 Rhone Dr<br>Rancho Palos Verdes, CA 90275 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.120__<br>☐ Schedule G<br>**Pacific City Bank** |
| 3.4 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G<br>**3H Demolition Contracting Services** |
| 3.5 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G<br>**A1 Quality Blinds** |
| 3.6 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G<br>**Access Steel Fabricating Inc.** |
| 3.7 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.4__<br>☐ Schedule G<br>**Ace R Systems Inc.** |
| 3.8 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.5__<br>☐ Schedule G<br>**ADT Tyco Integrated Security** |
| 3.9 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.6__<br>☐ Schedule G<br>**AIMS Alarm Inspection & Maintenance** |
| 3.10 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G<br>**Air Exchange, Inc.** |

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** <br> **Jimi Wan P. Chae** | Case number *(if known)* |

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|---|
| 3.11 | Tobo Construction, Inc. <br> 2500 Pacific Coast Highway <br> Torrance, CA 90505 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.8___ <br> ☐ Schedule G _____ <br> **AMS** |
| 3.12 | Tobo Construction, Inc. <br> 2500 Pacific Coast Highway <br> Torrance, CA 90505 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.9___ <br> ☐ Schedule G _____ <br> **Anning-Johnson Co.** |
| 3.13 | Tobo Construction, Inc. <br> 2500 Pacific Coast Highway <br> Torrance, CA 90505 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.10___ <br> ☐ Schedule G _____ <br> **Aqua Backflow & Chlorination Inc.** |
| 3.14 | Tobo Construction, Inc. <br> 2500 Pacific Coast Highway <br> Torrance, CA 90505 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.11___ <br> ☐ Schedule G _____ <br> **Architectural Casework, Inc.** |
| 3.15 | Tobo Construction, Inc. <br> 2500 Pacific Coast Highway <br> Torrance, CA 90505 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.12___ <br> ☐ Schedule G _____ <br> **AT&T Payment Center** |
| 3.16 | Tobo Construction, Inc. <br> 2500 Pacific Coast Highway <br> Torrance, CA 90505 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.13___ <br> ☐ Schedule G _____ <br> **Ave SheetMetal & Rain Gutters Inc.** |
| 3.17 | Tobo Construction, Inc. <br> 2500 Pacific Coast Highway <br> Torrance, CA 90505 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.14___ <br> ☐ Schedule G _____ <br> **AVNS Electric, Inc.** |
| 3.18 | Tobo Construction, Inc. <br> 2500 Pacific Coast Highway <br> Torrance, CA 90505 | ☐ Schedule D, line _____ <br> ■ Schedule E/F, line ___4.15___ <br> ☐ Schedule G _____ <br> **Bagley Enterprises Inc.** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1   **Monica Shiun Oh**
　　　　　**Jimi Wan P. Chae** _____     Case number _(if known)_ _____

| | |
|---|---|
| ▇ | **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.19　Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.19__<br>☐ Schedule G _____<br>**Bayer HVAC Inc.** |
| 3.20　Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.20__<br>☐ Schedule G _____<br>**Best Contracting Service Inc.** |
| 3.21　Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.21__<br>☐ Schedule G _____<br>**Bold Engineering & Associates, Inc.** |
| 3.22　Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.22__<br>☐ Schedule G _____<br>**Bragg Crane Service** |
| 3.23　Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.23__<br>☐ Schedule G _____<br>**California Comfort Heating and Air** |
| 3.24　Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.24__<br>☐ Schedule G _____<br>**Calimex Security Co** |
| 3.25　Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.26__<br>☐ Schedule G _____<br>**CFO Specialized Builders Hardware** |
| 3.26　Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.27__<br>☐ Schedule G _____<br>**CFS-California Facility Specialties** |

Debtor 1  **Monica Shiun Oh**
**Jimi Wan P. Chae**                                    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.27  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.30__<br>☐ Schedule G _____<br>**City of Lomita Water Dept** |
| 3.28  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.31__<br>☐ Schedule G _____<br>**City of Torrance** |
| 3.29  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.32__<br>☐ Schedule G _____<br>**Cleaner Image Janitorial Inc.** |
| 3.30  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.33__<br>☐ Schedule G _____<br>**Coastal Door Solutions** |
| 3.31  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.34__<br>☐ Schedule G _____<br>**Commerical Interior Resouces** |
| 3.32  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.35__<br>☐ Schedule G _____<br>**Construction Specialties, inc.** |
| 3.33  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.36__<br>☐ Schedule G _____<br>**Contract Decor, Inc.** |
| 3.34  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.37__<br>☐ Schedule G _____<br>**Cosco Fire Protection, Inc.** |

Debtor 1   **Monica Shiun Oh**
**Jimi Wan P. Chae**

Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

| | | |
|---|---|---|
| 3.35 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.39__<br>☐ Schedule G _____<br>**Crenshaw Lumber** |
| 3.36 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.40__<br>☐ Schedule G _____<br>**Crenshaw Wholesale Electirc Supply** |
| 3.37 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.41__<br>☐ Schedule G _____<br>**CSI Creative** |
| 3.38 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.42__<br>☐ Schedule G _____<br>**CyberCoders, Inc.** |
| 3.39 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.43__<br>☐ Schedule G _____<br>**D&M Painting, Inc.** |
| 3.40 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.44__<br>☐ Schedule G _____<br>**Davis Wholesale Electric** |
| 3.41 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.45__<br>☐ Schedule G _____<br>**De Lage Landen Financial Services** |
| 3.42 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.46__<br>☐ Schedule G _____<br>**Delgado Tile & Stone** |

Debtor 1    **Monica Shiun Oh**
**Jimi Wan P. Chae**
_____

Case number *(if known)* _____

▮   Additional Page to List More Codebtors

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

3.43   **Tobo Construction, Inc.**
**2500 Pacific Coast Highway**
**Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.58**__
☐ Schedule G _____
**Diversified Protection Systems, Inc**

3.44   **Tobo Construction, Inc.**
**2500 Pacific Coast Highway**
**Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.59**__
☐ Schedule G _____
**Donald M Hoover Company**

3.45   **Tobo Construction, Inc.**
**2500 Pacific Coast Highway**
**Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.60**__
☐ Schedule G _____
**Dragon Steel Inc.**

3.46   **Tobo Construction, Inc.**
**2500 Pacific Coast Highway**
**Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.61**__
☐ Schedule G _____
**Dunn-Edwards Corp.**

3.47   **Tobo Construction, Inc.**
**2500 Pacific Coast Highway**
**Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.62**__
☐ Schedule G _____
**Edward Kale Flowers**

3.48   **Tobo Construction, Inc.**
**2500 Pacific Coast Highway**
**Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.63**__
☐ Schedule G _____
**Emerge Video Services**

3.49   **Tobo Construction, Inc.**
**2500 Pacific Coast Highway**
**Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.65**__
☐ Schedule G _____
**Everest Business Funding**

3.50   **Tobo Construction, Inc.**
**2500 Pacific Coast Highway**
**Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.67**__
☐ Schedule G _____
**Farmers Insurance**

| | | |
|---|---|---|
| Debtor 1 | **Monica Shiun Oh**<br>**Jimi Wan P. Chae** | Case number *(if known)* _____ |

| | |
|---|---|
| ▮ **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.51  **Tobo Construction, Inc.**
      **2500 Pacific Coast Highway**
      **Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.68**__
☐ Schedule G _____
**Fence Factory**

3.52  **Tobo Construction, Inc.**
      **2500 Pacific Coast Highway**
      **Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.69**__
☐ Schedule G _____
**Filmore Rentals**

3.53  **Tobo Construction, Inc.**
      **2500 Pacific Coast Highway**
      **Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.70**__
☐ Schedule G _____
**Finishing Touch Woodworking**

3.54  **Tobo Construction, Inc.**
      **2500 Pacific Coast Highway**
      **Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.71**__
☐ Schedule G _____
**First Fire Systems Inc.**

3.55  **Tobo Construction, Inc.**
      **2500 Pacific Coast Highway**
      **Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.72**__
☐ Schedule G _____
**Forver Lawn Pacific Coast**

3.56  **Tobo Construction, Inc.**
      **2500 Pacific Coast Highway**
      **Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.73**__
☐ Schedule G _____
**G&G Trucking Gami Construction Inc.**

3.57  **Tobo Construction, Inc.**
      **2500 Pacific Coast Highway**
      **Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.74**__
☐ Schedule G _____
**Giroux Glass Inc.**

3.58  **Tobo Construction, Inc.**
      **2500 Pacific Coast Highway**
      **Torrance, CA 90505**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.75**__
☐ Schedule G _____
**Global Environmental T&C Inc.**

Debtor 1  **Monica Shiun Oh**
**Jimi Wan P. Chae**

Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.59  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.76___<br>☐ Schedule G _____<br>**Golden State Roofing** |
| 3.60  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.77___<br>☐ Schedule G _____<br>**Green Contractor Studio Inc.** |
| 3.61  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.78___<br>☐ Schedule G _____<br>**Green Contractor Studio, Inc.** |
| 3.62  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.80___<br>☐ Schedule G _____<br>**H&H Surverying Inc.** |
| 3.63  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.81___<br>☐ Schedule G _____<br>**Hangil Glass** |
| 3.64  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.82___<br>☐ Schedule G _____<br>**Hardy Landscape Construction Inc.** |
| 3.65  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.83___<br>☐ Schedule G _____<br>**Healthy Buildings International Inc** |
| 3.66  **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.84___<br>☐ Schedule G _____<br>**Henderson Mechanical System** |

| Debtor 1 | **Monica Shiun Oh**<br>**Jimi Wan P. Chae** | | Case number *(if known)* | |

☐ **Additional Page to List More Codebtors**

| | *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.67 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.86___<br>☐ Schedule G _____<br>**Home Depot Payment** |
| 3.68 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.87___<br>☐ Schedule G _____<br>**Hunt Ortnann Palffy Nieves Darling** |
| 3.69 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.88___<br>☐ Schedule G _____<br>**ICI Architectural Millwork, Inc.** |
| 3.70 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.89___<br>☐ Schedule G _____<br>**Incompli, inc.** |
| 3.71 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.91___<br>☐ Schedule G _____<br>**Invent Contractor Inc.** |
| 3.72 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.92___<br>☐ Schedule G _____<br>**IPFS Corporation** |
| 3.73 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.94___<br>☐ Schedule G _____<br>**JJ&J Service** |
| 3.74 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.95___<br>☐ Schedule G _____<br>**JNK Builder Inc.** |

| Debtor 1 | **Monica Shiun Oh** | Case number *(if known)* | |
|---|---|---|---|
| | **Jimi Wan P. Chae** | | |

| | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

| 3.75 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.96__<br>☐ Schedule G _____<br>**Joe P. Parada** |
|---|---|---|
| 3.76 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.97__<br>☐ Schedule G _____<br>**Kalamata** |
| 3.77 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.98__<br>☐ Schedule G _____<br>**Klean Sweep Parking Lot Service Inc** |
| 3.78 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.99__<br>☐ Schedule G _____<br>**KMU Solutions Inc.** |
| 3.79 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.100__<br>☐ Schedule G _____<br>**L&W Supply** |
| 3.80 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.101__<br>☐ Schedule G _____<br>**LCP Tracker** |
| 3.81 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.102__<br>☐ Schedule G _____<br>**Los AngelesCaststone** |
| 3.82 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.103__<br>☐ Schedule G _____<br>**Mack P&S Construction Inc.** |

| Debtor 1 | Monica Shiun Oh | | Case number *(if known)* | |
| | Jimi Wan P. Chae | | | |

| | **Additional Page to List More Codebtors** |
| --- | --- |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| --- | --- | --- |
| 3.83 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.104__<br>☐ Schedule G _____<br>**Masa Contracting Inc.** |
| 3.84 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.105__<br>☐ Schedule G _____<br>**McIntyre** |
| 3.85 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.106__<br>☐ Schedule G _____<br>**McWhirter Steel Inc.** |
| 3.86 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.107__<br>☐ Schedule G _____<br>**MD Insulation Company** |
| 3.87 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.108__<br>☐ Schedule G _____<br>**Mega Air Co.** |
| 3.88 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.109__<br>☐ Schedule G _____<br>**Metal Fabrication Industrial Ironwo** |
| 3.89 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.110__<br>☐ Schedule G _____<br>**Metco Skylight Specialties** |
| 3.90 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.112__<br>☐ Schedule G _____<br>**Miner, Ltd.** |

| Debtor 1 | **Monica Shiun Oh**<br>**Jimi Wan P. Chae** | Case number *(if known)* | |
|---|---|---|---|

| | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.91   Tobo Construction, Inc.
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.111___
☐ Schedule G _____
**Michael Page International Inc.**

3.92   Tobo Construction, Inc.
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.113___
☐ Schedule G _____
**Mirae Construction Company**

3.93   Tobo Construction, Inc.
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.114___
☐ Schedule G _____
**Mitsubishi Electric US Inc.**

3.94   Tobo Construction, Inc.
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.115___
☐ Schedule G _____
**Nibbelink Masonry Construction**

3.95   Tobo Construction, Inc.
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.116___
☐ Schedule G _____
**Nitro Associates**

3.96   Tobo Construction, Inc.
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.117___
☐ Schedule G _____
**NST Plumbing & Fire Protection Inc.**

3.97   Tobo Construction, Inc.
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.118___
☐ Schedule G _____
**Ondeck Capital**

3.98   Tobo Construction, Inc.
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.119___
☐ Schedule G _____
**Pacific City Bank**

| Debtor 1 | **Monica Shiun Oh** | | Case number *(if known)* | |
| | **Jimi Wan P. Chae** | | | |

███ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.99 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.121___<br>☐ Schedule G _____<br>**Paracon** |
| 3.100 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.122___<br>☐ Schedule G _____<br>**Partition Specialties Inc.** |
| 3.101 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.123___<br>☐ Schedule G _____<br>**People Placement** |
| 3.102 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.124___<br>☐ Schedule G _____<br>**Pinnacle Surett & Insurance Service** |
| 3.103 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.125___<br>☐ Schedule G _____<br>**Platt Secuirty Systems Inc.** |
| 3.104 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.126___<br>☐ Schedule G _____<br>**Premier Structural Steel** |
| 3.105 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.127___<br>☐ Schedule G _____<br>**Prime Accoustics** |
| 3.106 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.128___<br>☐ Schedule G _____<br>**Prospectra Contract Flooring** |

Debtor 1  **Monica Shiun Oh**
**Jimi Wan P. Chae**

Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

| | Column 1: Your codebtor | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

| 3.10<br>7 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.129__<br>☐ Schedule G _____<br>**Quality Environmental Inc.** |
|---|---|---|
| 3.10<br>8 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.130__<br>☐ Schedule G _____<br>**Quill Corporation** |
| 3.10<br>9 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.132__<br>☐ Schedule G _____<br>**Randall McAnany Company** |
| 3.11<br>0 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.133__<br>☐ Schedule G _____<br>**Republic Services** |
| 3.11<br>1 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.134__<br>☐ Schedule G _____<br>**Respond Systems** |
| 3.11<br>2 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.135__<br>☐ Schedule G _____<br>**Retail Capital LLC dba Credibly** |
| 3.11<br>3 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.136__<br>☐ Schedule G _____<br>**Reyes & Sons Electric, Inc.** |
| 3.11<br>4 | **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.137__<br>☐ Schedule G _____<br>**Roll-A-Shade Inc.** |

Debtor 1   **Monica Shiun Oh**
_____**Jimi Wan P. Chae**_____     Case number *(if known)*   _____

█████  **Additional Page to List More Codebtors**

Column 1: **Your codebtor**                                    Column 2: **The creditor to whom you owe the debt**
                                                               Check all schedules that apply:

| | | |
|---|---|---|
| 3.11 5 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.138__<br>☐ Schedule G _____<br>**Salsbury Engineering Inc.** |
| 3.11 6 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.139__<br>☐ Schedule G _____<br>**Santa Barbara South Coast Industrie** |
| 3.11 7 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.140__<br>☐ Schedule G _____<br>**Shade Structures Inc.** |
| 3.11 8 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.141__<br>☐ Schedule G _____<br>**Sierra Fireproofing, Inc.** |
| 3.11 9 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.142__<br>☐ Schedule G _____<br>**Smoke Guard California Inc.** |
| 3.12 0 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.145__<br>☐ Schedule G _____<br>**Southern California Overhead Door C** |
| 3.12 1 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.146__<br>☐ Schedule G _____<br>**Sparkletts** |
| 3.12 2 | **Tobo Construction, Inc.**<br>**2500 Pacific Coast Highway**<br>**Torrance, CA 90505** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.149__<br>☐ Schedule G _____<br>**State Compensation Insurance Fund** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Monica Shiun Oh**
**Jimi Wan P. Chae**                                        Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|

3.12
3
**Tobo Construction, Inc.**
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.152___
☐ Schedule G _____
**Steven Davis Consulting**

---

3.12
4
**Tobo Construction, Inc.**
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.153___
☐ Schedule G _____
**Stumbaugh & Associates, Inc.**

---

3.12
5
**Tobo Construction, Inc.**
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.154___
☐ Schedule G _____
**Summer Construction**

---

3.12
6
**Tobo Construction, Inc.**
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.155___
☐ Schedule G _____
**Sunbelt Rentals**

---

3.12
7
**Tobo Construction, Inc.**
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.157___
☐ Schedule G _____
**Synthetics International**

---

3.12
8
**Tobo Construction, Inc.**
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.158___
☐ Schedule G _____
**Tech-Wall of Ventura Inc.**

---

3.12
9
**Tobo Construction, Inc.**
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.159___
☐ Schedule G _____
**TF California Apprenticeship Counse**

---

3.13
0
**Tobo Construction, Inc.**
2500 Pacific Coast Highway
Torrance, CA 90505

☐ Schedule D, line _____
■ Schedule E/F, line ___4.160___
☐ Schedule G _____
**Todd Street, Inc.**

---

Official Form 106H
Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Best Case Bankruptcy

| | | |
|---|---|---|
| Debtor 1 | **Monica Shiun Oh** | Case number *(if known)* |
| | **Jimi Wan P. Chae** | |

| | Additional Page to List More Codebtors | |

| | Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.13<br>1 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.161__<br>☐ Schedule G _____<br>**Toro-Aire Inc.** |
| 3.13<br>2 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.162__<br>☐ Schedule G _____<br>**Trade Fire Protection Group** |
| 3.13<br>3 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.163__<br>☐ Schedule G _____<br>**Trench Plate Rental Co.** |
| 3.13<br>4 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.164__<br>☐ Schedule G _____<br>**Turtle & Hughes Inc.** |
| 3.13<br>5 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.165__<br>☐ Schedule G _____<br>**United Landscape & Maintenance Inc** |
| 3.13<br>6 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.166__<br>☐ Schedule G _____<br>**United Rentals** |
| 3.13<br>7 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.167__<br>☐ Schedule G _____<br>**United Site Service of CA Inc.** |
| 3.13<br>8 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.168__<br>☐ Schedule G _____<br>**Universal Reprographics Inc.** |

Debtor 1    **Monica Shiun Oh**
**Jimi Wan P. Chae**                                              Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.13<br>9 **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.171__<br>☐ Schedule G _____<br>**Visible Graphics Inc.** |
| 3.14<br>0 **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.172__<br>☐ Schedule G _____<br>**Waste Management** |
| 3.14<br>1 **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.173__<br>☐ Schedule G _____<br>**Wells Fargo Bank** |
| 3.14<br>2 **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.174__<br>☐ Schedule G _____<br>**West Coast Fire & Integration Inc.** |
| 3.14<br>3 **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.175__<br>☐ Schedule G _____<br>**White Cap** |
| 3.14<br>4 **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.176__<br>☐ Schedule G _____<br>**William Scotsman** |
| 3.14<br>5 **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.178__<br>☐ Schedule G _____<br>**YTI Enterprises Inc.** |
| 3.14<br>6 **Tobo Construction, Inc.**<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.156__<br>☐ Schedule G _____<br>**Sy Soth c/o Brandon Chang, Esq.** |

Debtor 1    **Monica Shiun Oh**
**Jimi Wan P. Chae**          Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

*Column 1:* **Your codebtor**          *Column 2:* **The creditor to whom you owe the debt**
Check all schedules that apply:

| | | |
|---|---|---|
| 3.14 7 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.131___<br>☐ Schedule G _____<br>**Rafat H. Mina** |
| 3.14 8 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.47___<br>☐ Schedule G _____<br>**Department of Industrial Relations** |
| 3.14 9 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.48___<br>☐ Schedule G _____<br>**Department of Industrial Relations** |
| 3.15 0 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.49___<br>☐ Schedule G _____<br>**Department of Industrial Relations** |
| 3.15 1 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.56___<br>☐ Schedule G _____<br>**Div Labor Standards Enforcement** |
| 3.15 2 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.50___<br>☐ Schedule G _____<br>**Dept of Industrial Relations** |
| 3.15 3 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.51___<br>☐ Schedule G _____<br>**Dept of Industrial Relations** |
| 3.15 4 | Tobo Construction, Inc.<br>2500 Pacific Coast Highway<br>Torrance, CA 90505 | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___4.57___<br>☐ Schedule G _____<br>**Div Labor Standards Enforcement** |

Debtor 1  **Monica Shiun Oh**
**Jimi Wan P. Chae**                                    Case number *(if known)* _____

█ **Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.15 5 **Tobo Construction, Inc.** **2500 Pacific Coast Highway** **Torrance, CA 90505** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.52**__ ☐ Schedule G _____ **Dept of Industrial Relations** |
| 3.15 6 **Tobo Construction, Inc.** **2500 Pacific Coast Highway** **Torrance, CA 90505** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.53**__ ☐ Schedule G _____ **Dept of Industrial Relations** |
| 3.15 7 **Tobo Construction, Inc.** **2500 Pacific Coast Highway** **Torrance, CA 90505** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.54**__ ☐ Schedule G _____ **Dept of Industrial Relations** |
| 3.15 8 **Tobo Construction, Inc.** **2500 Pacific Coast Highway** **Torrance, CA 90505** | ☐ Schedule D, line _____ ■ Schedule E/F, line __**4.55**__ ☐ Schedule G _____ **Dept of Industrial Relations** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** |
| Debtor 2 (Spouse, if filing) | **Jimi Wan P. Chae** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I

## Schedule I: Your Income                                                   12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| Employment status | | ☐ Employed<br>■ Not employed | ■ Employed<br>☐ Not employed |
| Occupation | | | **Independent Contractor** |
| Employer's name | | | **Headstone Inc.** |
| Employer's address | | | **3850 Wilshire Blvd, Ste #220**<br>**Los Angeles, CA 90010** |
| How long employed there? | | | **January 2020** |

### Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ 8,000.00 |
| 3. | Estimate and list monthly overtime pay. | 3. | +$ 0.00 | +$ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $ 0.00 | $ 8,000.00 |

| Debtor 1 | Monica Shiun Oh |
|---|---|
| Debtor 2 | Jimi Wan P. Chae |

Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here | 4. | $ 0.00 | $ 8,000.00 |

5. **List all payroll deductions:**

| | | | | |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 6. | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ 0.00 | $ 0.00 |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ 8,000.00 |

8. **List all other income regularly received:**

| | | | | |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm<br>Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive<br>Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive<br>Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.<br>Specify: | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: *Consignment of personal items (amount varies)* | 8h.+ | $ 500.00 + | $ 0.00 |

| | | | | |
|---|---|---|---|---|
| 9. | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ 500.00 | $ 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10. | **Calculate monthly income.** Add line 7 + line 9.<br>Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 500.00 | + $ 8,000.00 | = | $ 8,500.00 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____ 11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data,* if it applies
12. $ 8,500.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain: Ms. Oh's consignment of personal belongings does not provide a consistent, monthly amount of income.

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** |
| Debtor 2 (Spouse, if filing) | **Jimi Wan P. Chae** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☐ No. Go to line 2.

   ■ Yes. **Does Debtor 2 live in a separate household?**

       ■ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.    ■ Yes.    Fill out this information for each dependent..............

   Do not state the dependents names.

   | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
   |---|---|---|
   | Daughter | 13 | ☐ No  ■ Yes |
   | Son | 16 | ☐ No  ■ Yes |
   | | | ☐ No  ☐ Yes |
   | | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

**Your expenses**

| | | | |
|---|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ | 5,067.00 |
| | If not included in line 4: | | |
| 4a. | Real estate taxes | 4a. $ | 1,370.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ | 340.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ | 100.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ | 13.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 10,380.00 |

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**                                           Case number (if known) _____

| | | | |
|---|---|---|---|
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. $ | 200.00 |
| | 6b.  Water, sewer, garbage collection | 6b. $ | 155.00 |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 320.00 |
| | 6d.  Other. Specify:  **Cable** | 6d. $ | 135.00 |
| | **Pool Maintance** | $ | 80.00 |
| 7. | **Food and housekeeping supplies** | 7. $ | 1,200.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 170.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 0.00 |
| 10. | **Personal care products and services** | 10. $ | 100.00 |
| 11. | **Medical and dental expenses** | 11. $ | 130.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. | | |
| | Do not include car payments. | 12. $ | 0.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 0.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 200.00 |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 0.00 |
| | 15b.  Health insurance | 15b. $ | 493.00 |
| | 15c.  Vehicle insurance | 15c. $ | 300.00 |
| | 15d.  Other insurance. Specify: | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. | | |
| | Specify: | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 0.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 0.00 |
| | 17c.  Other. Specify: | 17c. $ | 0.00 |
| | 17d.  Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** | | |
| | Specify: | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify:  **Education / Tutors for Child under 18** | 21. +$ | 480.00 |
| | | | |
| 22. | **Calculate your monthly expenses** | | |
| | 22a.  Add lines 4 through 21. | $ | 21,233.00 |
| | 22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c.  Add line 22a and 22b.  The result is your monthly expenses. | $ | 21,233.00 |
| | | | |
| 23. | **Calculate your monthly net income.** | | |
| | 23a.  Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 8,500.00 |
| | 23b.  Copy your monthly expenses from line 22c above. | 23b. -$ | 21,233.00 |
| | | | |
| | 23c.  Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | -12,733.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    Explain here: _____

In re    **Monica Shiun Oh**
      **Jimi WanPyong Chae**                                Case No.                             

Debtor(s)

## SCHEDULE J - YOUR EXPENSES
### Attachment A

**#15(c):** This is an estimate.  The Debtors are currently looking for a new insurance provider, and are currently insured with a different provider where there is a credit towards monthly payments.

Fill in this information to identify your case:

Debtor 1        __Monica Shiun Oh_____
                First Name              Middle Name              Last Name

Debtor 2        __Jimi Wan P. Chae_____
(Spouse if, filing)   First Name        Middle Name              Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number _____
(if known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice,*
                                                       *Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____
  Monica Shiun Oh                             Jimi Wan P. Chae
  Signature of Debtor 1                       Signature of Debtor 2

  Date ____2/7/2020_____              Date ____2/7/2020_____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** |
| | First Name / Middle Name / Last Name |
| Debtor 2 | **Jimi Wan P. Chae** |
| (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
**4/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Give Details About Your Marital Status and Where You Lived Before

**1.   What is your current marital status?**

☑ Married
☐ Not married

**2.   During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

**3.   Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
☑ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2   Explain the Sources of Your Income

**4.   Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☐ Wages, commissions, bonuses, tips | $0.00 | ☑ Wages, commissions, bonuses, tips | $8,000.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1     **Monica Shiun Oh**
Debtor 2     **Jimi Wan P. Chae**                                                Case number *(if known)*

|  | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
|  | ☐ Wages, commissions,<br>bonuses, tips | $0.00 | ☐ Wages, commissions,<br>bonuses, tips | $0.00 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | ■ Wages, commissions,<br>bonuses, tips | $63,750.00 | ■ Wages, commissions,<br>bonuses, tips | $48,500.00 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | ■ Wages, commissions,<br>bonuses, tips | $90,000.00 | ■ Wages, commissions,<br>bonuses, tips | $4,200.00 |
|  | ☐ Operating a business |  | ☐ Operating a business |  |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐  No
    ■  Yes. Fill in the details.

|  | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until**<br>**the date you filed for bankruptcy:** | **Consignment of**<br>**personal items** | $500.00 |  |  |
| **For last calendar year:**<br>**(January 1 to December 31, 2019 )** | **Interest / Dividends** | $64,000.00 |  |  |
|  | **Consignment of**<br>**personal items** | $4,000.00 |  |  |
| **For the calendar year before that:**<br>**(January 1 to December 31, 2018 )** | **Interest / Dividends** | $74,000.00 |  |  |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
    ■  No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?
    ☐  No.     Go to line 7.
    ■  Yes     List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**                                              Case number *(if known)*

☐  Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐  No.   Go to line 7.
☐  Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Shellpoint Mortgage Service** P.O. Box 740039 Cincinnati, OH 45274-0039 | 1/27/2020 - $5,066.85 12/26/2019 - $5,066.85 11/26/2019  - $5,320.19 | $15,200.55 | $0.00 | ■ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other__ |
| **Los Angeles County Tax Collector** | 12/2/2019 | $8,189.20 | $0.00 | ☐ Mortgage ☐ Car ☐ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ■ Other_ **Property Tax** _ |
| **Chase Visa** | 12/17/2019 - $600.00 11/8/2019 - $1,000.00 | $1,600.00 | $0.00 | ☐ Mortgage ☐ Car ■ Credit Card ☐ Loan Repayment ☐ Suppliers or vendors ☐ Other__ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

■  No
☐  Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

■  No
☐  Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

| Debtor 1 | **Monica Shiun Oh** |
|---|---|
| Debtor 2 | **Jimi Wan P. Chae** |

Case number *(if known)* _____

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |
|---|---|

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
■ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Turtle & Hughes v. Tobo Construction, Inc. and Monica Oh and Jimi Chae<br>19LBCV00692 | Contract/Warranty Breach | Superior Court of Los Angeles<br>Stanley Mosk Courthouse<br>111 N. Hill Stret<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Morsco Supply LLC v. Tobo Construction<br>19LBCV00638 | Breach of Contract/Warranty | Los Angeles Superior Court Long Beach<br>275 Magnolia<br>Long Beach, CA 90802 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Retail Capital LLC v. Tobo Construction, Monica Oh<br>CV2020-000191 | | Superior Court of Arizona<br>620 W. Jackson Street<br>Phoenix, AZ 85003 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| International Fidelity Insurance Company v. Tobo Construction, Inc., Monica S Oh, Jimi Chae, JC Development LLC and Green Contractor Studio, Inc.<br>2:20-cv-00096-GW-AFM | Breach of Contract | US District Court of California<br>350 West 1st Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Metal Fabrication Industrial Ironworks v. Tobo Constuction, Jimi Chae<br>19TRCV00990 | Negligent Breach of Contract | Superior Court of California<br>825 Maple Ave<br>Torrance, CA 90503 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Kalamata Capital v. Tobo Construction, JC Development, Monica Oh and Jimi Chae<br>612903/2019 | | Supreme Court of New York Supreme Court, Nassau County<br>100 Supreme Court Drive<br>Mineola, NY 11501 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| Rafat Mina v. Tobo Construction Inc<br>19IWSC02890 | Small claims | Inglewood Courthouse<br>One Regent Street<br>Inglewood, CA 90301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| Sy Soth v. Tobo Construction Inc., et al.<br>TBD | Unlawful Termination | Stanley Mosk Courthouse<br>111 N. Hill Street<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Expected to be filed shortly** |
| Tobo Construction, et al. v. Division of Labor Standards Enforcement<br>19-0209-PWH | Civil Wage and Penalty Assessment | Los Angeles, CA 90071 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**                                          Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Tobo Construction, et al. v. Division of Labor Standards Enforcement**<br>**19-0317-PWH** | **Civil Wage and Penalty Assessment** | **Los Angeles, CA 90071** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **In the matter of Tobo Construction**<br>**DLSE Case No. 40-64276-716** | **Civil Wage and Penalty Assessment Division of Labor Standards Enforcement Department of Industrial Relations (CA)** | **Long Beach, CA 90832** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Under review** |
| **In the matter of Tobo Construction**<br>**DLSE Case No. 40-66318-716** | **Civil Wage and Penalty Review Labor Commissioner, State of California Department of Industrial Relations** | **Long Beach, CA 90832** | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Unde review** |
| **In the matter of the Request for Review by: Tobo Construction, Inc. from a Civil Wage and Penalty Assessment Issued by: Division of Labor Standards Enforcement**<br>**18-0406-PWH** | **Civil Wage and Penalty Assessment** | **Department of Industrial Relations (CA) Long Beach, CA 90802** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **In the matter of Tobo Construction**<br>**Case No. 19-0226-PWH** | **Civil wage and penalty assessment Dept. of Industrial Relations (CA) Divison of Labor Standards Enforcement DLSE Case No. 40-54384-757 19-0336-PWH** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **In the matter of Tobo Construction**<br>**DLSE Case No. 40-54388-132** | **Civil wage and penalty assessment Dept of Industrial Relations (CA) Division of Labor Standards Enforcement** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Under review** |

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**

Case number *(if known)* _____

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **In the matter of Tobo Construction**<br>**DLSE Case No. 40-57020-218** | **Civil wage and penalty assessment**<br>**CA Department of Industrial Relations Divison of Labor Standard Enforcement** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **In the matter of Request for Review**<br>**of Tobo Construction**<br>**19-0336-PWH** | **Civil wage and penalty assessment**<br>**CA Dept. of Industrial Relations Division of Labor Standards Enforcement DLSE Case No 40-61231-757** | **Department of Inustrial Relations** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| **In the matter of Tobo Construction**<br>**DLSE Case No 40-65066-132** | **Civil wage and penalty assessment**<br>**CA Department of Industrial Relations Division of Labor Standards Enforcement** | | ☐ Pending<br>☐ On appeal<br>☐ Concluded<br><br>**Under review** |
| **In the matter of Tobo Construction**<br>**DLSE Case No 40-60881-132** | **Civil wage and penalty assessment**<br>**CA Dept of Industrial Relations Division of Labor Standards Enforcement** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| **In the matter of Tobo Construction**<br>**DLSE Case No 40-66318-716** | **Civil wage and penalty assessment**<br>**CA Dept of Industrial Relations Division of Labor Standards Enforcement** | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

| Debtor 1 | **Monica Shiun Oh** | | |
|---|---|---|---|
| Debtor 2 | **Jimi Wan P. Chae** | | Case number (*if known*) |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ■ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
- ■ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
- ■ No
- ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
- ■ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
- ☐ No
- ■ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|
| **Charity's Name** | | | |
| Address (Number, Street, City, State and ZIP Code) | | | |
| **Rolling Hills Seventh Day Chuch 28340 Highridge Rd Palos Verdos Peninsula, CA 90274** | **Tithe, Childrens Ministry and Programs** | 1/2019 - 9/2019 | $2,680.00 |

| Part 6: | List Certain Losses |
|---|---|

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ■ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |

Debtor 1  **Monica Shiun Oh**

Debtor 2  **Jimi Wan P. Chae**

Case number *(if known)* _____

---

**Part 7:**    **List Certain Payments or Transfers**

---

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you
    consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐  No
    ■  Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| The Hinds Law Group, APC<br>21257 Hawthorne Blvd., 2nd Floor<br>Torrance, CA 90503<br>jhinds@hindslawgroup.com | Payment for Legal Service | 1/31/2020 | $4,665.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who
    promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ■  No
    ☐  Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property
    transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not
    include gifts and transfers that you have already listed on this statement.

    ☐  No
    ■  Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Mi Soon Kim and Deborah Huh | Transfer of Property 239 N. Ridgwood Place, Los Angeles, CA 90004 | $950,000 | November 2019 |
| Stephen & Kayleen Chang | Transer of Property 4229 Via Pinzon, Palos Verdes Estates, CA 90275 | 1,000,000.00 | December 2019 |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a
    beneficiary?** (These are often called *asset-protection devices*.)

    ■  No
    ☐  Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

| | | | |
|---|---|---|---|
| Debtor 1 | **Monica Shiun Oh** | | |
| Debtor 2 | **Jimi Wan P. Chae** | | Case number *(if known)* _____ |

---

| **Part 8:** | **List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |
|---|---|

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution and Address *(Number, Street, City, State and ZIP Code)* | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address *(Number, Street, City, State and ZIP Code)* | Who else had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address *(Number, Street, City, State and ZIP Code)* | Who else has or had access to it? Address *(Number, Street, City, State and ZIP Code)* | Describe the contents | Do you still have it? |
|---|---|---|---|

| **Part 9:** | **Identify Property You Hold or Control for Someone Else** |
|---|---|

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes. Fill in the details.

| Owner's Name Address *(Number, Street, City, State and ZIP Code)* | Where is the property? *(Number, Street, City, State and ZIP Code)* | Describe the property | Value |
|---|---|---|---|

| **Part 10:** | **Give Details About Environmental Information** |
|---|---|

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

■ No
☐ Yes. Fill in the details.

| Name of site Address *(Number, Street, City, State and ZIP Code)* | Governmental unit Address *(Number, Street, City, State and ZIP Code)* | Environmental law, if you know it | Date of notice |
|---|---|---|---|

---

| Debtor 1 | **Monica Shiun Oh** | |
|---|---|---|
| Debtor 2 | **Jimi Wan P. Chae** | |

Case number *(if known)* _____

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site | Governmental unit | Environmental law, if you | Date of notice |
|---|---|---|---|
| **Address** (Number, Street, City, State and ZIP Code) | **Address** (Number, Street, City, State and ZIP Code) | know it | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title | Court or agency | Nature of the case | Status of the |
|---|---|---|---|
| Case Number | Name | | case |
| | **Address** (Number, Street, City, State and ZIP Code) | | |

**Part 11:    Give Details About Your Business or Connections to Any Business**

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.  Go to Part 12.

■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Tobo Constuction, Inc.**<br>**2500 Pacific Coast Highway**<br>**CA 90500** | **Construction Company**<br><br>**JDY & Company, Inc.**<br>**3440 Wilshire Blvd., Suite 609**<br>**Los Angeles, CA 90010** | EIN:    95-4700208<br><br>From-To    1/13/99 - 12/2019 |
| **JC Development** | <br>**JDY & Company, Inc.**<br>**3440 Wilshire Blvd., Suite 609**<br>**Los Angeles, CA 90010** | EIN:    201601410071<br><br>From-To    1/26/2016 - |
| **Chae, Inc.**<br>**500 Shatto Place**<br>**Los Angeles, CA 90020** | **General Contractor**<br><br>**JDY & Company, Inc.**<br>**3440 Wilshire Blvd., Suite 609**<br>**Los Angeles, CA 90010** | EIN:    26-3072480<br><br>From-To    6/10/2008 - 1/1/2018 |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

■ No
☐ Yes. Fill in the details below.

| Name | Date Issued |
|---|---|
| **Address** | |
| (Number, Street, City, State and ZIP Code) | |

Debtor 1     **Monica Shiun Oh**

Debtor 2     **Jimi Wan P. Chae**                                Case number (*if known*)

---

**Part 12:     Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers
are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection
with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

Monica Shiun Oh                                 Jimi Wan P. Chae
Signature of Debtor 1                           Signature of Debtor 2

Date       2/7/2020                             Date       2/7/2020

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No

☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** |
| | First Name   Middle Name   Last Name |
| Debtor 2 | **Jimi Wan P. Chae** |
| (Spouse if, filing) | First Name   Middle Name   Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
- ■ creditors have claims secured by your property, or
- ■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List Your Creditors Who Have Secured Claims |
|---|---|

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name:   **Cohen Financial**<br><br>Description of property securing debt:   **1257 11th Street Manhattan Beach, CA 90266  Los Angeles County**<br>**Notice of Default filed by Cohen Financial**<br>**UCC Liens recorded by IFIC and Pacific Bank** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name:   **Pacific City Bank**<br><br>Description of property securing debt:   **30225 Rhone Drive Rancho Palos Verdes, CA 90275  Los Angeles County** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Retain** | ■ No<br><br>☐ Yes |
| Creditor's name:   **Pacific City Bank** | ■ Surrender the property. | ■ No |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**                                                    Case number *(if known)*

| | | |
|---|---|---|
| name: | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **1257 11th Street Manhattan Beach, CA 90266  Los Angeles County** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* |
| | **Notice of Default filed by Cohen Financial** | ☐ Retain the property and [explain]: |
| | **UCC Liens recorded by IFIC and Pacific Bank** | |

| | | |
|---|---|---|
| Creditor's name: | **Shellpoint Mortgage Service** | ☐ Surrender the property. | ■ No |
| | | ☐ Retain the property and redeem it. | |
| Description of property securing debt: | **30225 Rhone Drive Rancho Palos Verdes, CA 90275  Los Angeles County** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | ☐ Yes |
| | | ■ Retain the property and [explain]: **Retain and continue monthly payments** | |

## Part 2:  List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br>☐ Yes |

## Part 3:  Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

Debtor 1    **Monica Shiun Oh**

Debtor 2    **Jimi Wan P. Chae**

Case number *(if known)*

property that is subject to an unexpired lease.

X _____

Monica Shiun Oh

Signature of Debtor 1

Date    2/7/2020

X _____

Jimi Wan P. Chae

Signature of Debtor 2

Date    2/7/2020

Official Form 108                    **Statement of Intention for Individuals Filing Under Chapter 7**                    page 3

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

**This notice is for you if:**

> **You are an individual filing for bankruptcy,** and
>
> **Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | | Liquidation |
|---|---|---|
| | $245 | filing fee |
| | $75 | administrative fee |
| + | $15 | trustee surcharge |
| | $335 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

### Chapter 11: Reorganization

|   | $1,167 | filing fee |
|---|---|---|
| + | $550 | administrative fee |
|   | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

---

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|------|------------|
| + | $75  | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re    **Monica Shiun Oh**
**Jimi Wan P. Chae**

Debtor(s)

Case No. _____

Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____    $ _____ **4,665.00**

    Prior to the filing of this statement I have received _____    $ _____ **4,665.00**

    Balance Due _____    $ _____ **0.00**

2.  $ __**335.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☑ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ☑ Debtor    ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Financial Analysis and Review of Assets, Liabilities, Income, and Expenses and Preparation of Chapter 7
        Petition, Schedules, and Statements and Representation at Section 341(a) Exam.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of Debtors in any Motion or Adversary Proeeeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

__2/7/2020__
*Date*

Rachel M. Sposato 306045
*Signature of Attorney*
**THE HINDS LAW GROUP
21257 Hawthorne Boulevard
Second Floor
Torrance, CA 90503
(310) 316-0500  Fax: (310) 792-5977
jhinds@hindslawgroup.com;
rsposato@hindslawgroup.com**
*Name of law firm*

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Monica Shiun Oh** |
| Debtor 2 (Spouse, if filing) | **Jimi Wan P. Chae** |
| United States Bankruptcy Court for the: | Central District of California |
| Case number (if known) | |

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A – 1
# Chapter 7 Statement of Your Current Monthly Income

12/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

■ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A Debtor 1 | Column B Debtor 2 or non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 0.00 | $ 0.00 |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ 0.00 |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ 0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> | $ 0.00 | $ 0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ 0.00 | $ 0.00 |

Debtor 1   **Monica Shiun Oh**
Debtor 2   **Jimi Wan P. Chae**                                    Case number *(if known)* _____

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. | **Unemployment compensation** | $ 0.00 | $ 0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ | 0.00 |
|---|---|---|
| For your spouse | $ | 0.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.
$ 0.00     $ 0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

|  | | | |
|---|---|---|---|
| . _____ | $ | 0.00 | $ 0.00 |
| _____ | $ | 0.00 | $ 0.00 |
| Total amounts from separate pages, if any. | + $ | 0.00 | $ 0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.
$ 0.00   + $ 0.00   = $ 0.00

**Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 _____ Copy line 11 here=>     $ 0.00

Multiply by 12 (the number of months in a year)     **x 12**

12b. The result is your annual income for this part of the form     12b. $ 0.00

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     **CA**

Fill in the number of people in your household.     **4**

Fill in the median family income for your state and size of household. _____     13. $ **99,512.00**

To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____          X _____
**Monica Shiun Oh**                          **Jimi Wan P. Chae**
Signature of Debtor 1                        Signature of Debtor 2

Debtor 1    **Monica Shiun Oh**
Debtor 2    **Jimi Wan P. Chae**                                                        Case number (*if known*)

Date   2 / 7 / 2020                                     Date   2 / 1 / 2020
    MM / DD / YYYY                                        MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Rachel M. Sposato 306045**<br>**21257 Hawthorne Boulevard**<br>**Second Floor**<br>**Torrance, CA 90503**<br>**(310) 316-0500 Fax: (310) 792-5977**<br>California State Bar Number: **306045 CA**<br>jhinds@hindslawgroup.com; rsposato@hindslawgroup.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Monica Shiun Oh**<br>    **Jimi Wan P. Chae** | CASE NO.:<br>CHAPTER: **7** |
|---|---|
| | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
| Debtor(s). | |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __**24**__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 2/7/2020

Signature of Debtor 1

Date: 2/7/2020

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 2/7/2020

Signature of Attorney for Debtor (if applicable)

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    **F 1007-1.MAILING.LIST.VERIFICATION**

Monica Shiun Oh
30225 Rhone Drive
Rancho Palos Verdes CA 90275


Jimi Wan P. Chae
30225 Rhone Drive
Rancho Palos Verdes CA 90275


Rachel M. Sposato
THE HINDS LAW GROUP
21257 Hawthorne Boulevard
Second Floor
Torrance, CA 90503


3H Demolition Contracting Services
11714 Shoemaker Ave.
Whittier CA 90605


A1 Quality Blinds
13230 Evening Creek Drive
San Diego CA 92128


Access Steel Fabricating Inc.
9900 San Fernando Road
Pacoima CA 91331


Ace R Systems Inc.
747 S. Ardmore Ave., #405
Los Angeles CA 90005


ADT Tyco Integrated Security
P.O. Box 371956
Pittsburgh PA 15250

AIMS Alarm Inspection & Maintenance
7247 E. Stearns Street
Long Beach CA 90815


Air Exchange, Inc.
495 Edison Court, #A
Fairfield CA 94534


AMS
P.O. Box 740914
Los Angeles CA 90074


Anning-Johnson Co.
13250 Temple Ave.
La Puente CA 91746


Aqua Backflow & Chlorination Inc.
1060-C Northgate Street
Riverside CA 92507


Architectural Casework, Inc.
8594 siempre Viva Road #C
San Diego CA 92154


AT&T Payment Center
P.O. Box 5001
Carol Stream IL 60197


Ave SheetMetal & Rain Gutters Inc.
11830 Alondra Blvd.
Norwalk CA 90650

AVNS Electric, Inc.
1919 San Pedro Street
Los Angeles CA 90011


Bagley Enterprises Inc.
2370 Maggio Circle, Suite 4
Lodi CA 95240-8828


Bank of America
P.O. Box 15710
Wilmington DE 19886-5710


Bank of America
475 Cross Point Pkwy
PO Box 9000
Getzville NY 14068-9000


Barclay Master Card
P.O. Box 60517
City of Industry CA 91716-0517


Barclay Mastercard
P.O. Box 8802
Wilmington DE 19899-8802


Bayer HVAC Inc.
19744 Beach Blvd., #380
Huntington Beach CA 92648


Best Contracting Service Inc.
19027 S. Hamilton Ave.
Gardena CA 90248

Bold Engineering & Associates, Inc.
3055 Wilshire Blvd., #880
Los Angeles CA 90010


Bragg Crane Service
P.O. Box 727
Long Beach CA 90801


California Comfort Heating and Air
15151 Prairie Ave.
Lawndale CA 90260


Calimex Security Co
865 E. 7th Street, #A
Long Beach CA 90813


Capital One F.S.B.
P.O. Box 60024
City of Industry CA 91716-0670


CFO Specialized Builders Hardware
P.O. Box 1240
Placentia CA 92871


CFS-California Facility Specialties
976 Hartford Turnpike
Waterford CT 06385


Charter Adjustments Corp
c/o Alan D Wilner
847 N Hollywood Way
Burbank CA 91505

Chase Cardmember Service
P.O. Box 6294
Carol Stream IL 60197-6294


Chase Cardmember Service
P.O. Box 15298
Wilmington DE 19850-5298


City of Lomita Water Dept
P.O. Box 1809
Lomita CA 90717


City of Torrance
3031 Torrance Blvd.
Torrance CA 90503


Cleaner Image Janitorial Inc.
P.O. Box 3092
Redondo Beach CA 90277


Coastal Door Solutions
8 Goodyear, #100
Irvine CA 92618


Cohen Financial
3295 Solutions Center
Chicago IL 60677-3002


Commerical Interior Resouces
1761 Reynolds Ave.
Irvine CA 92614

Construction Specialties, inc.
Los Angeles CA 90074


Contract Decor, Inc.
72-184 North Shore Street
Thousand Palms CA 92276


Cosco Fire Protection, Inc.
1075 W. Lambert Road, #D
Brea CA 92821


Craig C. Lang, Esq.
7039 gloria Ave.
Van Nuys CA 91406


Crenshaw Lumber
1860 W. 166th Street
Gardena CA 90247-0436


Crenshaw Wholesale Electirc Supply
13441 S. Western Ave.
Gardena CA 90249


CSI Creative
9901 West 74th Street, #150
Eden Prairie MN 55344


CyberCoders, Inc.
c/o Gaba Guerrini Law
8583 Irvine Center Dr., Ste 500
Irvine CA 92618-4298

D&M Painting, Inc.
1759 N. Batavia Street
Orange CA 92865


Davis Wholesale Electric
P.O. Box 847106
Los Angeles CA 90084-7106


De Lage Landen Financial Services
P.O. Box 41602
Philadelphia PA 19101-1602


Delgado Tile & Stone
13422 Palamos Place
Chino Hills CA 91709


Department of Industrial Relations
Office of the Director - Legal Unit
455 Golden Gate Ave., Ste 9516
San Francisco CA 94102


Department of Industrial Relations
Office of the Director - Legal Unit
455 Golden Gate Ave., Ste 9516
San Francisco CA 94102


Department of Industrial Relations
Civ Wage & Penalty Assessment Offic
PO Box 32889
Long Beach CA 90832


Dept of Industrial Relations
c/o Jennifer Aikman
300 Oceangate, #850
Long Beach CA 90802

Dept of Industrial Relations
Civ Wage & Penalty Assessment Offic
PO Box 32889
Long Beach CA 90832


Dept of Industrial Relations
Civ Wage & Penalty Assessment Offic
300 Oceangate, #850
Long Beach CA 90802


Div Labor Standards Enforcement
c/o Sotivear Sim
300 Oceangate, Ste 850
Long Beach CA 90802


Div Labor Standards Enforcement
c/o Jennifer Aikman
300 Oceangate, Suite 850
Long Beach CA 90802


Diversified Protection Systems, Inc
1241 N. Barsten Way
Anaheim CA 92806


Donald M Hoover Company
10130 Redwood Ave.
Fontana CA 92335


Dragon Steel Inc.
9077 De Garmo Ave.
Sun Valley CA 91352


Dunn-Edwards Corp.
P.O. Box 30389
Los Angeles CA 90030-0389

Edward Kale Flowers
c/o Douglas N Silverstein
9255 Sunset Blvd, Ste 411
West Hollywood CA 90069


Emerge Video Services
2307 Fenton Parkway, #107-159
San Diego CA 92108


Emily Kromke, Esq.
846 Stanford Street
Santa Monica CA 90403


Everest Business Funding
5 West 37th Street
Suite 1100
New York NY 10018


Farmers Insurance
PO Box 894883
Los Angeles CA 90189-4883


Farmers Insurance
PO Box 4665
Carol Stream IL 60197-4665


Fence Factory
1606 Los Angeles Ave
Ventura CA 93004


Filmore Rentals
955 W. Ventura Street
Fillmore CA 93015

Finishing Touch Woodworking
12271 Industry Street
Garden Grove CA 92841


First Fire Systems Inc.
5947 Burchard Ave.
Los Angeles CA 90034


Forver Lawn Pacific Coast
571 I Crane Street, Unit B
Lake Elsinore CA 92530


G&G Trucking Gami Construction Inc.
16567 Bayleaf Lane
Fontana CA 92337


Giroux Glass Inc.
850 W. Washington Blvd., #200
Los Angeles CA 90015


Global Environmental T&C Inc.
1520 W. Cameron Ave., #103
CA 91760


Golden State Roofing
22120 South Avalon Blvd.
Carson CA 90745


Green Contractor Studio Inc.
6920 Knott Ave., #C
Buena Park CA 90621

Green Contractor Studio, Inc.
6920 Knott Ave. STE C
Buena Park CA 90621


Greenberg Whitcombe Takeuchi Gibson
Grayyverm, LLP
21515 Hawthorne Blvd., #450
Torrance CA 90503


H&H Surverying Inc.
14924 Dobbs Ave.
Bakersfield CA 93314


Hangil Glass
17517 South Broadwat
Gardena CA 90248


Hardy Landscape Construction Inc.
21520 Ambushers Street
Diamond Bar CA 91765


Healthy Buildings International Inc
3251 Old Lee Highway, #100
Fairfax VA 22030


Henderson Mechanical System
15151 Prairie Ave
Lawndale CA 90260


Home Depot Credit Card Payments
 P.O. Box 9001010
Louisville KY 40290

Home Depot Payment
P.O. Box 9001010
Louisville KY 40290


Hunt Ortnann Palffy Nieves Darling
& Mah Inc.
30 North Lake Ave., 7th Floor
Pasadena CA 91101-5118


ICI Architectural Millwork, Inc.
6820 Brynhurst Ave
Los Angeles CA 90043


Incompli, inc.
85 Argonaut #212
Aliso Viejo CA 92656


International Fidelity Insurance Co
c/o SMTD Law LLP
17901 Von Karman Ave., Ste 500
Irvine CA 92614


Invent Contractor Inc.
2100 W. Washington Blvd., #2
Los Angeles CA 90018


IPFS Corporation
PO Box 412086
Kansas City MO 64141-2086


JC Development, LLC
30225 Rhone Dr
Rancho Palos Verdes CA 90275

JDY Yoon J Kim, CPA
3440 Wilshire Blvd., #609
Los Angeles CA 90018


JJ&J Service
1262 W. 3rd Street
Pomona CA 91766


JNK Builder Inc.
1463 s. Nortom Ave.
Los Angeles CA 90019


Joe P. Parada
Deputy Welding Inspector
13014 Bona Vista Lane
La Mirada CA 90638


Kalamata
c/o Berkovitch & Bouskila, PLLC
80 Broad St., Ste 3303
New York NY 10004


Klean Sweep Parking Lot Service Inc
P.O. Box 3607
Torrance CA 90510


KMU Solutions Inc.
4120 W. Pico Blvd., #4
Los Angeles CA 90019


L&W Supply
9770 San Fernando Road
Sun Valley CA 91352

LCP Tracker
117 E Chapman Ave
Orange CA 92866


Los AngelesCaststone
1706 Standard Ave.
Glendale CA 91201


Mack P&S Construction Inc.
32020 Corydon Road
Wildomar CA 92595


Masa Contracting Inc.
P.O. Box 28
Alhambra CA 91802


McIntyre
2817 E. Cedar Street, #200


McWhirter Steel Inc.
42211 7th Street
Lancaster CA 93535


MD Insulation Company
9702 Klingerman Street
South El Monte CA 91733-1729


Mega Air Co.
1320 W. El Segundo Blvd., #B
Gardena CA 90247

Metal Fabrication Industrial Ironwo
221 Industrial Ave.
La Habra CA 90631


Metco Skylight Specialties
1715 W. 135th Street
Gardena CA 90249


Michael Page International Inc.
c/o Gaba Guerrini Law
8583 Irvine Center Dr., Ste 500
Irvine CA 92618-4298


Miner, Ltd.
9086 Risecrans Ave.
Bellflower CA 90706


Mirae Construction Company
3616 W. Pico Blvd.,
Los Angeles CA 90019


Mitsubishi Electric US Inc.
5900-A Katella Ave.
Cypress CA 90630


Nibbelink Masonry Construction
1120 W. Avenue L-8
Lancaster CA 93534


Nitro Associates
141 E. Walnut, Second Floor
Pasadena CA 91103

NST Plumbing & Fire Protection Inc.
2617 Mountain Pine Drive
La Crescenta CA 91214


Ondeck Capital
1400 Broadway
New York NY 10018


Pacific City Bank
3701 Wilshire Blvd., #100
Los Angeles CA 90010


Pacific City Bank
3701 Wilshire Blvd., Suite 100
Los Angeles CA 90010


Pacific City Bank
3701 Wilshire Blvd., Suite 900
Los Angeles CA 90010


Paracon
7319 Somerset Blvd.
Paramount CA 90723


Partition Specialties Inc.
505 San Marin Drive, #A120
Novato CA 94945


People Placement
27472 Portola Parkwat, #205182
CA 96100

Pinnacle Surett & Insurance Service
151 Kalmus Drive, Suite A-201
Costa Mesa CA 92626


Platt Secuirty Systems Inc.
3275 E. Grant Street, Suite B
Signal Hill CA 90755


Premier Structural Steel
13242 Barlin Ave.
Downey CA 90242


Prime Accoustics
31129 Via Colinas #72
Thousand Oaks CA 91362


Prospectra Contract Flooring
13250 Gregg Street, #F
Poway CA 92064


Quality Environmental Inc.
13123 Lakeland Road, Suite A
Santa Fe Springs CA 90670


Quill Corporation
P.O. Box 37600
Philadelphia PA 19101-0600


Rafat H. Mina
3004 Oakwood Ln
Torrance CA 90505

Randall McAnany Company
4935 McConnell Ave., #20
Los Angeles CA 90066


Republic Services
P.O. Box 78829
Phoenix AZ 85062


Respond Systems
599 4th Street
San Fernando CA 91340


Retail Capital LLC dba Credibly
c/o David N. Ingrassia, P.C.
3961 E. Chandler Blvd., Ste 111-119
Phoenix AZ 85048


Reyes & Sons Electric, Inc.
12939 Arroyo Street
Sylmar CA 91342


Roll-A-Shade Inc.
12101 Madera Way
Riverside CA 92503


Salsbury Engineering Inc.
2465 W La Palma Ave.
Anaheim CA 92801


Santa Barbara South Coast Industrie
6385 Rose Lane #B
Carpinteria CA 93013

Shade Structures Inc.
P.O. Box 734158
Dallas TX 75373

Shellpoint Mortgage Service
P.O. Box 740039
Cincinnati OH 45274-0039

Sierra Fireproofing, Inc.
5053 Heintz Street
Baldwin Park CA 91706

Smoke Guard California Inc.
1915 Mark Court #100
Concord CA 94520

Southern California Edison
P.O. Box 300
Rosemead CA 91772-0001

Southern California Gas Co.
P.O. Box C
Monterey Park CA 91756

Southern California Overhead Door C
1806 Flower Ave.
Duarte CA 91010

Sparkletts
P.O. Box 660579
Dallas TX 75266-0579

Spectrum Time Warner Cable
P.O. Box 600740
City of Industry CA 91716


Spectrum Time Warner Cable
3347 Platt Springs Rd
West Columbia SC 29170


State Compensation Insurance Fund
5580 Owens Drive
Pleasanton CA 94588


State of California
P.O. Box 942857
Sacramento CA 94257


Steven Davis Consulting
357 Camino de las Colinas
Redondo Beach CA 90277


Stumbaugh & Associates, Inc.
3303 North San Fernando Blvd.
Burbank CA 91504


Summer Construction
P.O. Box 30
Santa Paula CA 93061


Sunbelt Rentals
c/o Cannon Law Group
124 S 600 E.
Salt Lake City UT 84102

Sy Soth c/o Brandon Chang, Esq.
Mesriani Law Group
510 Arizona Ave.
Santa Monica CA 90401


Synthetics International
316 California Ave., Suite 799
Reno NV 89509


Tech-Wall of Ventura Inc.
4564 Telephone Road, #802
Ventura CA 93003


TF California Apprenticeship Counse
P.O. Box 511283
Los Angeles CA 90051


Tobo Construction, Inc.
2500 Pacific Coast Highway
Torrance CA 90505


Todd Street, Inc.
P.O. Box 963
Azusa CA 91702


Toro-Aire Inc.
1708 Mahalo Place
Compton CA 90220


Trade Fire Protection Group
6824 Louise Ave.
Van Nuys CA 91406

Trench Plate Rental Co.
13217 Laureldale Ave.
Downey CA 90242


Turtle & Hughes Inc.
c/o Samantha R. Staroba, Esq.
1880 Century Park East, 12th FL
Los Angeles CA 90067


United Landscape & Maintenance Inc
9018 Balboa Blvd., #128
Northridge CA 91325


United Rentals
231 West Orange Grove
Burbank CA 91502


United Site Service of CA Inc.
P.O. Box53267
Phoenix AZ 85072-3267


Universal Reprographics Inc.
2043 Pontius Ave.
Los Angeles CA 90025


Verizon Wireless
P.O. Box 9622
Mission Hills CA 91346-9622


Verizon Wireless
PO Box 9622
Mission Hills CA 91346-9622

Visa Customer Service
P.O. Box 182273
Columbus OH 43218-2293


Visible Graphics Inc.
9736 Eton Avenue
Chatsworth CA 91311


Waste Management
5701 S. Eastern Ave., Suite 300
Los Angeles CA 90040


Wells Fargo Bank
P.O. Box 10306
Des Moines IA 50306-0306


West Coast Fire & Integration Inc.
3199-D Airport Loop Drive
Cypress CA 90630


White Cap
P.O. Box 6040
Cypress CA 90630-0040


William Scotsman
P.O. Box 6040
Cypress CA 90630-0400


William Sonoma Visa
P.O. Box 659705
San Antonio TX 78265-9705

YTI Enterprises Inc.
1260 S State College Parkway
Anaheim CA 92806