John P. Pringle, SBN 072300
**ROQUEMORE, PRINGLE & MOORE, INC.**
6055 East Washington Blvd., Suite 500
Los Angeles, CA 90040
Telephone No. (323) 727-9589
Facsimile No. (323) 724-5410

Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>MONICA SHIUN OH, and,<br>JIMI P. CHAE,<br><br>Debtors. | Case No. 2:20-bk-11376-BB<br><br>Chapter 7<br><br>**REPORT OF SALE OF ASSETS PREVIOUSLY ORDERED BY COURT**<br><br>**[FRBP 6004(f)(1) and LBR 6004-1(g)]**<br><br>Date: [No hearing necessary]<br>Time: [No hearing necessary]<br>Place: U.S. Bankruptcy Court<br>    Courtroom 1539<br>    255 E. Temple Street<br>    Los Angeles, CA 90012 |

TO THE HONORABLE SHERI BLUEBOND, UNITED STATES BANKRUPTCY JUDGE, THE DEBTOR(S), AND ALL OTHER INTERESTED PARTIES:

Comes now John P. Pringle, the duly appointed and acting Chapter 7 Trustee (the "Trustee") of the bankruptcy estate (the "Estate") of the above-captioned debtors, Monica Shiun Oh and Jimi P. Chae, (the "Debtors"), who hereby reports to the Court pursuant to Fed. R. Bankr. P. 6004(f)(1) as follows:

1. By an order entered on June 21, 2021, the Court approved the sale of real property located at 1257 11th Street, Manhattan Beach, CA 90266 (the "Real Property").

2. The Real Property has been sold as follows:

    a. Purchaser: Christopher Ross Cardell and Alison Witmanee Dechatech

    b. Sales price: $1,970,000.00

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of July, 2021, at Los Angeles, California.

*/s/ John P. Pringle*
John P. Pringle
Chapter 7 Trustee

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
6055 E. Washington Blvd., Suite 500, Los Angeles, CA 90040

A true and correct copy of the foregoing document entitled (*specify*): **REPORT OF SALE OF ASSETS PREVIOUSLY ORDERED BY COURT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **7/28/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- James E Adler    james@parkandlim.com, david@parkandlim.com; heesok@parkandlim.com
- Robert J Berens    rjb@smtdlaw.com, adelgado@smtdlaw.com
- David Billings    djb@amclaw.com, ayh@amclaw.com
- Joshua J Herndon    jherndon@attorneygl.com, lshaw@attorneygl.com; ynavez@attorneygl.com; jrandall@attorneygl.com; trello@attorneygl.com
- James Andrew Hinds    jhinds@hindslawgroup.com; mduran@hindslawgroup.com, mduran@hindslawgroup.com
- Merdaud Jafarnia    bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com
- Nancy L Lee    bknotice@mccarthyholthus.com, nlee@ecf.courtdrive.com
- Michelle A Marchisotto    mmarchisotto@rpmlaw.com, bankpara@rpmlaw.com; brenfro@rpmlaw.com
- John P Pringle (TR)    brenfro@rpmlaw.com, jpp@trustesolutions.net;jpringle@rpmlaw.com
- Ali Salamirad    as@smtdlaw.com, rb@smtdlaw.com
- Rachel M Sposato    rsposato@hindslawgroup.com, mduran@hindslawgroup.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Robert P Zahradka    caecf@tblaw.com

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/28/2021 | Becky Renfro | *(signed)* Becky Renfro |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                       F 9013-3.1.PROOF.SERVICE